| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| EVE H. KARASIK (State Bar No. 155356)<br>MONICA Y. KIM (State Bar No. 180139)<br>YIHAN SHE (State Bar No. 348334)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: ehk@lnbyg.com; myk@lnbyg.com; yas@lnbyg.com<br>☐ *Debtor appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Tony's Express, Inc., a California corporation<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:24-bk-14879-VZ<br>CHAPTER: 11<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>(with supporting declaration)<br>[FRBP 1007(c), LBR 1007-1(b)] |
|---|---|

1. The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

   ☒ One or more schedules (A/B – J)    ☐ Chapter 13 Plan    ☒ Statement of Financial Affairs
   ☐ Statement of Current Monthly Income (B 122A, B 122B, B 122C)
   ☐ Debtor's Certification of Employment Income
   ☒ Other (*specify*):
   Other initial filing documents to accompany the Debtors' Schedules and Statement of Financial Affairs ("SOFA"), including but not limited to the Summary of Schedules, and Declaration for Non-Individual Debtors (Form 202).

   ***Note***: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2. Date bankruptcy case filed:  06/20/2024

3. Date of § 341(a) meeting of creditors:  Not Yet Set

4. Debtor requests extension to and including (extension deadline) (*date*): 07/20/2024

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                                    Page 1                                          F 1007-1.MOTION.DEC.EXTEND

5. Declaration regarding the reason(s) for extension (*explain*):

On June 20, 2024, the Debtor, a former logistics company with complex operations that ceased in March 2024, filed its Chapter 11 case under Subchapter V as a "small business debtor" to maximize the value of its assets. The Debtor was unable to file its Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Schedules") with its Petition because the Debtor has been addressing several critical issues, including preparing the initial filing, negotiating DIP financing with eCapital, and working on plans to restart the Debtor with a "rental" business model for its fleet of over 250 trucktrailers.

The Debtor faces significant challenges in completing the SOFA and Schedules promptly. The company has limited personnel, with only Mr. John Ohle, who acquired the company in March 2023, handling bankruptcy matters alongside other commitments. The Debtor's financial situation is complex, including a $1 million projected loss for 2023 and $4.5-5 million in unsecured liabilities, which requires careful analysis and reporting. The cessation of the Debtor's business activities, has also complicated the process of gathering the historical financial information necessary for the Schedules.

Despite these challenges, the Debtor is diligently working to complete accurate filings. The requested extension would allow for more comprehensive and accurate documentation, benefiting all stakeholders without prejudicing any party's rights. Given these factors, the Debtor submits that good cause exists for the short extension, which is necessary for effective case administration and reorganization efforts.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6-21-24 | *[signature]* | | |
|---|---|---|---|
| Date | Signature of Debtor | Date | Signature of Joint Debtor, if applicable |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                    Page 2                    F 1007-1.MOTION.DEC.EXTEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS (with supporting declaration) [FRBP 1007(c), LBR 1007-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **_June 24, 2024_**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eve H. Karasik**   ehk@lnbyg.com
- **Monica Y Kim**   myk@lnbyg.com, myk@ecf.inforuptcy.com
- **Kelly L Morrison**   kelly.l.morrison@usdoj.gov, dare.law@usdoj.gov,noreen.madoyan@usdoj.gov,david.s.shevitz@usdoj.gov
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

**2**. **SERVED BY UNITED STATES MAIL**: On **_June 24, 2024_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed

Hon. Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_June 24, 2024_**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 24, 2024 | Lisa Masse | /s/ *Lisa Masse* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                           **F 9013-3.1.PROOF.SERVICE**

Tony's Express
Motion to Extend Time to File
Opening Documents
Service List

| | | |
|---|---|---|
| Aloha Freight Forwarders<br>1800 S Anderson Avenue<br>Compton, CA 90220 | BankDirect Capital Finance<br>150 North Field Drive<br>Suite 190<br>Lake Forest, IL 60045 | Buzz Oates Management Services<br>555 Capitol Mall<br>Suite 900<br>Sacramento, CA 95814 |
| Centerline Drivers, LLC<br>1600 E. Fourth St.<br>Suite 340<br>Santa Ana, CA 92701 | Continental Tire<br>1830 MacMillan Park Drive<br>Fort Mill, SC 29707 | Interstate Oil Company<br>8221 Alpine Avenue<br>Sacramento, CA 95826 |
| NAI Capital<br>800 Haven Ave.<br>Suite 400<br>Simi Valley, CA 93065 | National Interstate Insurance Co.<br>3250 Interstate Drive<br>Richfield, OH 44286 | PacLease Kenworth<br>9730 Cherry Ave.<br>Fontana, CA 92335 |
| Pape Truck Leasing, Inc.<br>355 Goodpasture Island Road<br>Suite 300<br>Eugene, OR 97401 | Royal Hawaiian Express<br>20400 S Alameda Street<br>Carson, CA 90810 | SC Fuels<br>1800 W Katella Ave<br>Ste 400<br>Orange, CA 92867 |
| Safeway Inc. c/o Transaver<br>5918 Stoneridge Mall Road<br>Pleasanton, CA 94588 | SuperValu Transaver<br>11840 Valley View Rd<br>Eden Prairie, MN 55344-3643 | SuperValue Stockton Transaver<br>1990 Piccoli Rd<br>Stockton, CA 95215-2324 |
| TW Services, Inc.<br>1801 W Romneya Dr.<br>Ste 601<br>Anaheim, CA 92801 | Van De Pol<br>8801 Sepulveda Blvd<br>North Hills, CA 91343 | Vorbeck, Carlin & Shats, LLP<br>826 N. Hollywood Way<br>Burbank, CA 91505 |
| Y Trucking<br>10613 Jasmine St<br>Fontana, CA 92337 | York Employment Services 980<br>Ontario Mills Dr.<br>Ste C<br>Ontario, CA 91764 | eCapital Freight Factoring Corp.<br>20807 Biscayne Blvd.<br>Suite 203<br>Miami FL 33180-0000 |
| Tony's Express, Inc.<br>Pomona, CA 91768-3251<br>Los Angeles, CA 90012-3332 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3500 |