| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| EVE H. KARASIK (SBN 155356); ehk@lnbyg.com<br>MONICA Y. KIM (SBN 180139); myk@lnbyg.com<br>YIHAN SHE (SBN 348334); yas@lnbyg.com<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. (www.lnbyg.com)<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>Tel: 310-229-1234; Fax: 310-229-1244<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>TONY'S EXPRESS, INC., | CASE NO.: 2:24-14879-VZ<br>CHAPTER: 11 |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)** |
| Debtor(s). | [No Hearing Required] |

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 06/27/2024 Movant(s) filed a motion or application (Motion) entitled: Application to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as General Bankruptcy Counsel Pursuant to Sections 329(a), 330, 331

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 06/27/2024 Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17 days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.   Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 07/15/2024

_____
Signature


MONICA Y. KIM_____
Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                     Page 2                **F 9013-1.2.NO.REQUEST.HEARING.DEC**

1   EVE H. KARASIK (SBN 155356)
    MONICA Y. KIM (SBN 180139)
2   YIHAN SHE (SBN 348334)
    LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
3   2818 La Cienega Avenue
    Los Angeles, CA  90034
4   Telephone: (310) 229-1234
    Fax: (310) 229-1244
5   Email: ehk@lnbyg.com, myk@lnbyg.com, yas@lnbyg.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:24-bk-14879-VZ |
| TONY'S EXPRESS, INC., | Chapter 11 |
| Debtor and Debtor in Possession. | **APPLICATION OF CHAPTER 11 DEBTOR TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P., AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF EVE H. KARASIK, ESQ. IN SUPPORT THEREOF**<br><br>**[No Hearing Required Unless Requested or Set by Court – L.B.R. 2014-1(c) and 9013-1(o)]** |

1

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE:**

Tony's Express, Inc., the debtor and debtor in possession in the above-referenced Chapter 11 bankruptcy case ("Debtor"), respectfully submits this Application ("Application") for authority to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as general bankruptcy counsel, with compensation pursuant to 11 U.S.C. § 330. The Debtor seeks to employ LNBYG effective as of June 20, 2024, the date of the Debtor's bankruptcy filing (the "Petition Date").

## I.

## CASE BACKGROUND

1. The Debtor commenced its chapter 11 bankruptcy case by filing a voluntary petition under chapter 11 of 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") on June 20, 2024 (the "Petition Date"). The Debtor elected to conduct its case under subchapter V of the Bankruptcy Code as a "small business debtor." Notwithstanding the appointment of the Trustee, since the Petition Date, the Debtor has managed its affairs as a debtor in possession pursuant to Bankruptcy Code Sections 1182(2) and 1184.

2. The Debtor was engaged in the business of providing top-tier logistics solutions to its customers with its fleet of over 250 trailers, handling coast-to-coast shipments for large or small freight volumes. On or about March 29, 2023, John Ohle purchased 100% of the equity interests in the Debtor. Unfortunately, after Mr. Ohle acquired ownership of the Debtor, the Debtor did not meet its projected revenue, and the Debtor also experienced higher than anticipated expenses, including for fuel. As a result, by the end of March, 2024, Mr. Ohle made the difficult decision to cease all business operations of the Debtor including terminating all of its employees. For the 2023 calendar year, the Debtor projects that it had a net operating loss of approximately $1 million. As of the Petition Date, the Debtor estimates that it has unsecured liabilities, consisting mostly of trade debts in the range of $4.5 million to $5 million.

3.    Prior to shutting down its operations, the Debtor entered into a "Factoring Agreement" dated May 1, 2023 and related agreements (collectively, the "Factoring Agreement") with eCapital Freight Factoring Corporation ("eCapital") which provides for eCapital to purchase the accounts receivable of the Debtor for the advances thereunder, which are also secured by substantially all assets of the Debtor. eCapital sought to perfect its security interest and lien upon the Debtor's assets by filing a UCC financing statement on May 5, 2023 (Doc. No. U230031988536) with the Secretary for the State of California, the Debtors' State of Incorporation.

4.    The Debtor's primary assets consist of its over 250 cabs and trailers and accounts receivable. As of the Petition Date, all of the Debtor's cabs and trailers were being held by eCapital in secure and safe locations since the Debtor was not able to pay for insurance coverage for the cabs and trailers. The Debtor estimates that its fleet of cabs and trailers have a total value of approximately $1.7 million.  As of the Petition Date, the Debtor also had accounts receivable totaling approximately $1.5 million, but over $1.2 million of these accounts receivable are over 90 days old, with the balance over 60 days old.  Although these accounts receivable were originally assigned to eCapital pursuant to the Factoring Agreement, eCapital consented for the Debtor to re-purchase these accounts for collection as the Debtor and eCapital agreed that the Debtor's role and involvement were critical to the success of pursuing such accounts.

5.    The Debtor currently has no revenue, and has approximately $50,000 in a bank account which the Debtor believes constitutes the "cash collateral" of eCapital pursuant to Section 363(a) of the Bankruptcy Code. The Debtor is in the process of negotiating and documenting a stipulation providing for eCapital's consent for the Debtor's use of cash collateral during this case. Pre-petition, the Debtor also terminated all of its real property leases with the exception of a lease agreement for its office space located at 3867 Surveyor St., Pomona, CA 91768.

6.    Through this bankruptcy case, the Debtor will (i) attempt to pivot its business model to providing "rentals" of its cabs and trailers to third parties and to re-start this "rental" business as soon as possible, and (ii) propose and confirm a reorganization plan in partnership with an investor which will provide the funding for recovery to creditors. eCapital is supportive of

the Debtor's goals, and has agreed to consent to the Debtor's use of cash collateral during this case and to provide post-petition, debtor-in-possession financing that will enable the Debtor to fund the administration of this bankruptcy case and the expenses of the Debtor's "rental" business, while also seeking to maximize the value of eCapital's collateral (including the accounts receivable) so that it can seek to recover the full amount of its allowed secured claim.

## II.

## EMPLOYMENT OF BANKRUPTCY COUNSEL

7.      As a Chapter 11 debtor-in-possession, the Debtor requires the services of experienced bankruptcy counsel.  The Debtor has decided that LNBYG is the best bankruptcy counsel to represent the Debtor taking into account firm size, experience, skill level, and cost.  In that regard, the Debtor seeks to employ LNBYG as its bankruptcy counsel, at the expense of the Debtor's bankruptcy estate, and to have the Debtor's employment of LNBYG be deemed effective as of the Petition Date.

8.      The Debtor seeks to employ LNBYG as its bankruptcy counsel to render, among others, the following types of professional services:

a.      advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor;

b.      advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims, and interests of creditors;

c.      representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel;

d.      conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond LNBYG's staffing capabilities;

e.      preparing and assisting the Debtor in the preparation of reports,

4

applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business;

f.       representing the Debtor with regard to obtaining use of debtor-in-possession financing and/or cash collateral including but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor-in-possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor-in-possession financing and/or cash collateral;

g.       assisting the Debtor in any asset sale process;

h.       assisting the Debtor in negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and

i.       performing any other services which may be appropriate in LNBYG's representation of the Debtor during its bankruptcy case.

9.       LNBYG is comprised of attorneys who specialize in and limit their practice to matters of bankruptcy, insolvency, reorganization and commercial litigation and is well qualified to represent the Debtor.  All attorneys comprising or associated with LNBYG are admitted to practice law in California courts and in the United States District for the Central District of California.  A copy of LNBYG's firm resume, which includes the resumes of Ms. Karasik, Ms. Kim and Mr. She, is attached as **Exhibit "1"** to the annexed Declaration of Eve H. Karasik, Esq. (the "Karasik Declaration").

10.       LNBYG will bill its times for its representation of the Debtor on an hourly basis in accordance with LNBYG's standard hourly billing rates.  A listing of LNBYG's currently billing rates is attached as **Exhibit "2"** to the annexed Karasik Declaration.  LNBYG will seek reimbursement of all of its expenses in accordance with the rates as set forth in the guidelines promulgated by the Office of the United States Trustee.  The Debtor expects that Eve H. Karasik,

Monica Y. Kim and Mr. Yihan She will be the primary attorneys at LNBYG responsible for the representation of the Debtor during its Chapter 11 case. A true and correct copy of the retention agreement entered into between LNBYG and the Debtor is attached as **Exhibit "4"** hereto.

11.    Because LNBYG's practice is limited exclusively to matters of bankruptcy, insolvency, reorganization and commercial litigation, the service provided by LNBYG do not include the rendition of substantive legal advice outside of these areas such as intellectual property, corporate, tax, securities, tort, environmental, labor, criminal, real estate law, or real estate litigation. LNBYG will not be required to represent or advise the Debtor in matters which LNBYG believes are beyond LNBYG's expertise such as the areas of the law just described. In addition, LNBYG will not be required to represent the Debtor in matters where LNBYG determines that it lacks the ability to staff the matters adequately, such as in certain, major complex litigation.

12.    During the one-year period prior to the Petition Date, the Debtor[1] paid to LNBYG for legal services in contemplation of and in connection with the Debtor's Chapter 11 case, the sum of $120,000 (the "Retainer"), inclusive of the Debtor's Chapter 11 bankruptcy filing fee (i.e., $1,738).    LNBYG exhausted approximately $33,258.25 of the Retainer prior to the commencement of the case, leaving a Retainer amount of $86,741.75 as of the Petition Date. Except as described above, LNBYG has not been paid any other money by the Debtor at any other time.

13.    The unused portion of LNBYG's retainer payments as of the Petition Date is an advanced fee payment retainer which will be maintained in a segregated trust account. To assist LNBYG with its own cash flow needs, LNBYG requests Court authority to draw down against the retainer balance on a post-petition basis for all fees and expenses incurred during the Debtor's Chapter 11 case. LNBYG submits that cause exists to allow LNBYG to draw down against the retainer balance through a procedure which provides notice and an opportunity to be heard since LNBYG is a relatively small firm and its ability to pay operational expenses and

---

[1] The Retainer was paid from the Debtor's funds.

compensation to its employees is dependent on its ability to generate cash flow. LNBYG will provide notice of its intended draw-down(s) against the retainer balance to the Court, the Office of the United States Trustee, all the alleged secured creditors, the 20 largest unsecured creditors of the Debtor, and all parties requesting special notice using the United States Trustee professional fee statement form made available on the website of the Office of the United States Trustee (see form attached as **Exhibit "3"** to the Karasik Declaration annexed hereto). LNBYG submits that the foregoing proposed draw-down procedure is consistent with the Office of the United States Trustee's guidelines and will provide parties in interest with the requisite notice and opportunity to be heard. LNBYG recognizes that all payments received by LNBYG will ultimately be subject to Court allowance after notice and a hearing pursuant to 11 U.S.C. § 330.

14. LNBYG negotiated the amount of the Retainer with the Debtor based upon a number of factors including, but not limited to, the size and complexity of the Debtor's case, the time that LNBYG expects to put forth in the Debtor's case, the limited amount of pre-petition funds the Debtor had available to it, and the expected availability of funds to pay LNBYG's post-petition fees and expenses.

15. LNBYG has not received any lien or other interest in property of the Debtor or of a third-party to secure payment of LNBYG's fees or expenses.

16. LNBYG has no pre-petition claim against the Debtor.

17. LNBYG will seek Court authority to be paid from the Debtor's estate for any and all post-petition fees incurred and expenses advanced by LNBYG. LNBYG recognizes that the payments of any such additional fees and expenses will be subject to further Court order after notice and a hearing.

18. LNBYG has not shared or agreed to share its compensation for representing the Debtor with any other person or entity, except among its members.

19. LNBYG will provide monthly billing statements to the Debtor that will set forth the amount of fees incurred and expenses advanced by LNBYG during the previous month.

20. LNBYG understands the provisions of 11 U.S.C. §§ 327, 330 and 331 which require among other things, Court approval of the Debtor's employment of LNBYG as

bankruptcy counsel and of all legal fees and reimbursements of expenses that LNBYG will receive from the Debtor and the Debtor's estate. LNBYG seeks to be employed pursuant to 11 U.S.C. §§ 330 and 331.

**III.**

**ADDITIONAL DISCLOSURES PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

21.    LNBYG is not a creditor, an equity security holder or an insider of the Debtor.

22.    LNBYG is not and was not an investment banker for any outstanding security of the Debtor. LNBYG has not been within three years before the Petition Date an investment banker for a security of the Debtor, or an attorney for such an investment banker for any security of the Debtor.

23.    As set forth in the Karasik Declaration, to the best of LNBYG's knowledge, LNBYG does not hold or represent any interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker of any security of the Debtor, or for any other reason.

24.    As further set forth in the Karasik Declaration, to the best of LNBYG's knowledge, LNBYG does not hold or represent any interest materially adverse to the Debtor or the Debtor's estate, and LNBYG is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.  Also, to the best of LNBYG's knowledge, other than as set forth herein, LNBYG has no prior connection with the Debtor, any creditors of the Debtor or its estate, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

25.    The partners and associates of LNBYG are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules and will comply with them, as well as the procedures set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the U.S. Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

26.     LNBYG does not intend to represent any related debtor in a bankruptcy case in this or any other court.

27.     The Debtor believes that its employment of LNBYG upon the terms and conditions set forth above is in the best interest of the Debtor's estate.

**WHEREFORE**, the Debtor respectfully request that the Court approve the Debtor's employment of LNBYG as its bankruptcy counsel upon the terms and conditions set forth above.

Dated  June __, 2024

TONY'S EXPRESS, INC.


 (see attached)
_____
JOHN OHLE
Its President

Dated: June __, 2024            LEVENE, NEALE, BENDER, YOO
                                    & GOLUBCHIK L.L.P.

                        By:_____
                            EVE H. KARASIK
                            MONICA Y. KIM
                            YIHAN SHE
                            LEVENE, NEALE, BENDER,
                            YOO & GOLUBCHIK L.L.P.
                            Proposed Counsel for Chapter 11 Debtor
                            and Debtor-in-Possession

Date an investment banker for a security of the Debtor, or an attorney for such an investment banker for any security of the Debtor.

23.     As set forth in the Karasik Declaration, to the best of LNBYG's knowledge, LNBYG does not hold or represent any interest materially adverse to the interest of Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.

24.     As further set forth in the Karasik Declaration, to the best of LNBYG's knowledge, LNBYG does not hold or represent any interest materially adverse to the Debtor or the Debtor's estate, and LNBYG is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.  Also, to the best of LNBYG's knowledge, other than as set forth herein, LNBYG has no prior connection with the Debtor, any creditors of the Debtor or its estate, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

25.     The partners and associates of LNBYG are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules and will comply with them, as well as the procedures set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the U.S. Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

26.     LNBYG does not intend to represent any related debtor in a bankruptcy case in this or any other court.

27.     The Debtor believes that its employment of LNBYG upon the terms and conditions set forth above is in the best interest of the Debtor's estate.

**WHEREFORE**, the Debtor respectfully request that the Court approve the Debtor's employment of LNBYG as its bankruptcy counsel upon the terms and conditions set forth above.

Dated  June___, 2024
TONY'S EXPRESS, INC.

_____
JOHN OHLE
Its President

Dated: June 26, 2024                LEVENE, NEALE, BENDER, YOO
                                    & GOLUBCHIK L.L.P.

                        By:___/s/ Eve H. Karasik___
                            EVE H. KARASIK
                            MONICA Y. KIM
                            YIHAN SHE
                            LEVENE, NEALE, BENDER,
                            YOO & GOLUBCHIK L.L.P.
                            Proposed Counsel for Chapter 11
                            Debtor and
                            Debtor-in-Possession

## DECLARATION OF EVE H. KARASIK

I, Eve H. Karasik, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto. Capitalized terms not otherwise defined herein shall have the same meaning ascribed to such terms in the "*Application Of Chapter 11 Debtor To Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P., As General Bankruptcy Counsel*" (the "Application") to which this Declaration is attached.

2. I am a partner of the law firm Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"). I am an attorney licensed to practice law in the State of California and in the United States District Court for the Central District of California.

3. Tony's Express, Inc., the Chapter 11 debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case (the "Debtor") commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on June 20, 2024 (the "Petition Date"). Since the Petition Date, the Debtor has managed its affairs as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

4. As a Chapter 11 debtor-in-possession, the Debtor requires the services of experienced bankruptcy counsel. The Debtor has decided that LNBYG is the best bankruptcy counsel to represent the Debtor taking into account firm size, experience, skill level, and cost. In that regard, the Debtor seeks to employ LNBYG as its bankruptcy counsel, at the expense of the Debtor's bankruptcy estate, and to have the Debtor's employment of LNBYG be deemed effective as of the Petition Date.

5. The Debtor seeks to employ LNBYG as its bankruptcy counsel to render, among others, the following types of professional services:

    a. advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor;

    b. advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims, and interests of creditors;

c.      representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel;

d.      conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond LNBYG's staffing capabilities;

e.      preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business;

f.      representing the Debtor with regard to obtaining use of debtor-in-possession financing and/or cash collateral including but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor-in-possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor-in-possession financing and/or cash collateral;

g.      assisting the Debtor in any asset sale process;

h.      assisting the Debtor in negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and

i.      performing any other services which may be appropriate in LNBYG's representation of the Debtor during its bankruptcy case.

6.      LNBYG is comprised of attorneys who specialize in and limit their practice to matters of bankruptcy, insolvency, reorganization and commercial litigation and is well qualified to represent the Debtor.  All attorneys comprising or associated with LNBYG are admitted to practice law in California courts and in the United States District for the Central District of

California.  A copy of LNBYG's firm resume is attached hereto as **Exhibit "1**.**"**

7.    LNBYG will bill its times for its representation of the Debtor on an hourly basis in accordance with LNBYG's standard hourly billing rates.  A listing of LNBYG's current billing rates is attached hereto as **Exhibit "2**.**"**  LNBYG will seek reimbursement of all of its expenses in accordance with the rates as set forth in the guidelines promulgated by the Office of the United States Trustee.  In addition to myself, Monica Y. Kim and Yihan She will be the primary attorney at LNBYG responsible for the representation of the Debtor during its Chapter 11 case.  A true and correct copy of the retention agreement entered into between LNBYG and the Debtor is attached as **Exhibit "4"** hereto.

8.    Because LNBYG's practice is limited exclusively to matters of bankruptcy, insolvency, reorganization and commercial litigation, the service provided by LNBYG will not include the rendition of substantive legal advice outside of these areas such as intellectual property, corporate, tax, securities, tort, environmental, labor, criminal, real estate law, or real estate litigation.  LNBYG will not be required to represent or advise the Debtor in matters which LNBYG believes are beyond LNBYG's expertise such as the areas of the law just described.  In addition, LNBYG will not be required to represent the Debtor in matters where LNBYG determines that it lacks the ability to staff the matters adequately, such as in certain, major complex litigation.

9.    During the one-year period prior to the Petition Date, the Debtor[2] paid to LNBYG for legal services in contemplation of and in connection with the Debtor's Chapter 11 case, the sum of $120,000 (the "Retainer"), inclusive of the Debtor's Chapter 11 bankruptcy filing fee (i.e., $1,738).  LNBYG exhausted approximately $33,258.25 of the Retainer prior to the commencement of the case, leaving a Retainer amount of $86,741.75 as of the Petition Date. Except as described above, LNBYG has not been paid any other money by the Debtor at any other time.

10.    The unused portion of LNBYG's retainer payments as of the Petition Date is an

---

[2] The Retainer was paid from the Debtor's funds.

advanced fee payment retainer which will be maintained in a segregated trust account. To assist LNBYG with its own cash flow needs, LNBYG requests Court authority to draw down against the retainer balance on a post-petition basis for all fees and expenses incurred during the Debtor's Chapter 11 case. LNBYG submits that cause exists to allow LNBYG to draw down against the retainer balance through a procedure which provides notice and an opportunity to be heard since LNBYG is a relatively small firm and its ability to pay operational expenses and compensation to its employees is dependent on its ability to generate cash flow. LNBYG will provide notice of its intended draw-down(s) against the retainer balance to the Court, the Office of the United States Trustee, all the alleged secured creditors, the 20 largest unsecured creditors of the Debtor, and all parties requesting special notice using the United States Trustee professional fee statement form made available on the website of the Office of the United States Trustee (see form attached hereto as **Exhibit "3"**). LNBYG submits that the foregoing proposed draw-down procedure is consistent with the Office of the United States Trustee's guidelines and will provide parties in interest with the requisite notice and opportunity to be heard. LNBYG recognizes that all payments received by LNBYG will ultimately be subject to Court allowance after notice and a hearing pursuant to 11 U.S.C. § 330.

11.    LNBYG negotiated the amount of the Retainer with the Debtor based upon a number of factors including, but not limited to, the size and complexity of the Debtor's case, the time that I expect LNBYG to put forth in the Debtor's case, the limited amount of pre-petition funds the Debtor had available to it, and the expected availability of funds to pay LNBYG's post-petition fees and expenses.

12.    LNBYG has not received any lien or other interest in property of the Debtor or of a third-party to secure payment of LNBYG's fees or expenses.

13.    LNBYG has no pre-petition claim against the Debtor.

14.    LNBYG will seek Court authority to be paid from the Debtor's estate for any and all post-petition fees incurred and expenses advanced by LNBYG. LNBYG recognizes that the payments of any such additional fees and expenses will be subject to further Court order after notice and a hearing. Notwithstanding LNBYG's standard rate for reimbursement of expenses,

13

LNBYG understands this Court's limitation of charging no more than $0.10 per copy and facsimile receipts and no charge for outgoing facsimiles and will limit its requests to such amounts.

15.    LNBYG has not shared or agreed to share its compensation for representing the Debtor with any other person or entity, except among its members.

16.    LNBYG will provide monthly billing statements to the Debtor that will set forth the amount of fees incurred and expenses advanced by LNBYG during the previous month.

17.    LNBYG understands the provisions of 11 U.S.C. §§ 327, 330 and 331 which require among other things, Court approval of the Debtor's employment of LNBYG as bankruptcy counsel and of all legal fees and reimbursements of expenses that LNBYG will receive from the Debtor and the Debtor's estate. LNBYG seeks to be employed pursuant to 11 U.S.C. §§ 330 and 331.

18.    LNBYG is not a creditor, an equity security holder or an insider of the Debtor.

19.    LNBYG is not and was not an investment banker for any outstanding security of the Debtor. LNBYG has not been within three years before the Petition Date an investment banker for a security of the Debtor, or an attorney for such an investment banker for any security of the Debtor.

20.    To the best of my knowledge, LNBYG does not hold or represent any interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker of any security of the Debtor, or for any other reason.

21.    To the best of my knowledge, LNBYG does not hold or represent any interest materially adverse to the Debtor or the Debtor's estate, and LNBYG is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

22.    To the best of my knowledge, other than as set forth herein, LNBYG has no prior connection with the Debtor, any creditors of the Debtor or its estate, or any other party in interest in this case, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

23. The partners and associates of LNBYG are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules and will comply with them, as well as the procedures set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the U.S. Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

24. LNBYG does not intend to represent any related debtor in a bankruptcy case in this or any other court.

25. I am informed and believe that the Debtor's employment of LNBYG upon the terms and conditions set forth above is in the best interest of the Debtor's estate.

I declare and verify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this _____ day of June 2024, at Los Angeles, California.


_____/S/ *Eve H. Karasik*_____
EVE H. KARASIK, Declarant

# EXHIBIT "1"



LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
LAW OFFICES

# Professional Resume

## PROFESSIONAL POSITIONS

1995 to Present: Co-founder and counsel to Levene, Neale, Bender, Yoo & Brill L.L.P., a nationally recognized business reorganization, commercial litigation and bankruptcy law firm. Also Mr. Levene is the founder of Levene Mediation, an alternative dispute resolution firm specializing in mediation. Mr. Levene has developed over the years a reputation of being a peacemaker, creative problem solver and someone adept at bringing parties and professionals together to reach agreed resolution and thereby avoid or curtailing the time, expense and turmoil associated with litigation.

1983 to 1995: Founder of Levene & Eisenberg, P.C., a law firm also specializing in matters of business reorganization, commercial litigation and bankruptcy.

1974 to 1983: Shareholder with BuchalterNemer, a full service law firm with a commercial law and bankruptcy section.

## HONORS

Multiple inclusions in the Los Angeles Business Journal listing of "100 Most Prominent Business Attorneys."
Regularly listed as a "Super Lawyer" in the annual peer review surveys.
Designated "AV Preeminent" in Martindale-Hubbell.

## EDUCATION

Loyola University School of Law, J.D.
University of Southern California, M.B.A., Finance & Marketing
University of Southern California, B.S., Business Administration

## BAR ADMISSIONS

State Bar of California
United States District Court for the Northern District of California
United States District Court for the Central District of California
United States District Court for the Eastern District of California
United States District Court for the Southern District of California
United States Court of Appeals for the Ninth Circuit



DAVID W. LEVENE
dwl@lnbyb.com

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067 ▪ TEL: 310.229.1234 FAX: 310.229.1244 WWW.LNBYB.COM



LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES

**David W. Levene**
**Professional Resume**
continued from page 1

**MEMBERSHIPS AND AFFILIATIONS**

- Southern California Mediation Association
- American Bar Association (Alternative Dispute Resolution Section)
- Beverly Hills Bar Association (Alternative Dispute Resolution Section and Past Chair of Bankruptcy Section)
- Los Angeles County Bar Association (past member: Executive Committee, Commercial Law and Bankruptcy Section; Bankruptcy Subcommittee)
- Federal Bar Association
- Financial Lawyers Conference
- California Bankruptcy Forum
- American Bankruptcy Institute
- Turnaround Management Association

**GUEST LECTURES**

- Frost & Sullivan, Inc. – "Loan Workouts, LBOs and Bankruptcy"
- The Banking Law Institute – "Loan Workouts, Restructures and Bankruptcy"
- Drexel Burnham Lambert – "Chapter 11"
- Financial Lawyers Conference – "Fraudulent Conveyances"
- Los Angeles Bankruptcy Forum – "Out of Court Reorganizations"
- Orange County Bankruptcy Forum – "Restructuring Financially Troubled Businesses"
- Jewelers Board of Trade – "Consignment Issues in Bankruptcy"
- Turnaround Management Association – "Case Study on Representation of Debtor in Out of Court Workouts and Chapter 11"
- Turnaround Management Association – "Gaining Confidence of Lenders and Creditors in Workouts and Restructurings"
- Young Presidents Organization – "Acquisition and Investment Opportunities in Bankruptcy Reorganization Cases"
- The Counselors of Real Estate Convention – "Chapter 11 and the Role of the Real Estate Advisor"
- Association of Insolvency Accountants Valuation Conference – "Valuation Issues in Chapter 11 Cases
- Orange County Bankruptcy Forum – "Workouts"
- American Society of Appraisers – "Role of Appraisers in Bankruptcy and Reorganization Cases"
- Fulcrum Information Services – "Workouts and Restructuring"

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067  ▪  TEL: 310.229.1234  FAX: 310.229.1244  WWW.LNBYB.COM

**PROFESSIONAL RÉSUMÉ**

## LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

**DAVID L. NEALE** began his legal career in New York, with the law firm of Kramer, Levin, Nessen, Kamin & Frankel, where he represented creditors and creditors' committees in large, complex cases such as Texaco Inc., LTV Steel and Charter Co. When Mr. Neale relocated to California in 1989, to join the law firm of Levene & Eisenberg, he brought with him an understanding of creditors' rights and remedies that he was able to apply to the representation of debtors and other constituencies in bankruptcy and workout situations.



**DAVID L. NEALE**
dln@lnbyg.com

His broad experience includes handling cases in a variety of areas including: **Manufacturing** (successful Chapter 11 reorganization for companies such as <u>Future Media Productions</u>, a manufacturer of blank CDs and DVDs; <u>California Aircraft & Engines, Inc.</u>, a manufacturer of aircraft engine parts with claimants from around the world; <u>DCC Compact Classics, Inc.</u>, a manufacturer of specialty CDs and recordings; <u>Fernandes Guitars</u>, a manufacturer of electric and acoustic guitars for distribution around the world); **Food and beverage industry** (<u>Chinois Restaurant</u>, success-ful Chapter 11 reorganization for a Las Vegas restaurant; <u>Café-Melisse Valencia</u>, successful out-of court workout and orderly liquidation; <u>Galletti Brothers Foods</u>, successful Chapter 11 reorganization for one of the nation's largest fresh seafood wholesalers) <u>Crunchies Food Company</u>, successful Chapter 11 sale of assets of retailer of dried fruit snacks); **Construction** (successful Chapter 11 reorganization for <u>Rock & Waterscape, Inc.</u>, builder of water-themed features in Las Vegas and around the world); **Real Estate** (successful Chapter 11 cases for <u>Roosevelt Lofts, LLC</u>, involving a condominium conversion in downtown Los Angeles; <u>North Silver Lake Lodge, LLC</u>, involving one of the last undeveloped parcels of real property in the Deer Valley, Utah ski resort area; <u>IDM Corporation</u> and its affiliates requiring the restructuring of over $1 billion in debt; and <u>Galletti Brothers Investments</u>, a real estate partnership with multiple properties. He has also represented <u>Ritter Ranch Development</u>, the owner of an 11,000-acre development property in Palmdale; and <u>National Enterprises, Inc.</u> and <u>San Diego Investments</u>, real estate management and development companies with properties across the United States); **Energy** (repre-senting the <u>California Independent System Operator Corporation</u> in connection with the bankruptcy cases of California Power Exchange, Pacific Gas & Electric Co., Enron Inc. and Mirant and its affiliates; <u>Evergreen Oil</u>, an oil re-refining company operating throughout California); **Banking and finance** (<u>Imperial Credit Industries,</u>

continued. . .                                                                pg 1 of  4

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

Inc.); **Trucking** (Green Fleet Systems and TKS Leasing, successfully confirming a
plan of reorganization for a short-haul trucking company operating out of the ports
of Los Angeles and Long Beach; Coast Bridge Logistics, Inc. representing another
short-haul trucking company in connection with the sale of its assets; Consolidated
Freightways and its affiliates, in which Mr. Neale represented multi-employer pension
funds that were the largest creditors and went on to represent the post-confirmation
Plan Oversight Committee and serve as special counsel to the Liquidating Trust in
certain litigation and appellate matters, and The Penn Traffic Co. and its affiliates, in
which Mr. Neale represented certain multi-employer retirement, health and welfare
funds); **Health Care** (Solid Landings Behavioral Health and its affiliates, operators of
rehab facilities in California, Texas and Nevada); North American Health Care and affil-
iates (operators of skilled nursing facilities); **Technology and Communication** (WCI
Cable, Inc., a fiber optic cable network located in Oregon and Alaska); and **Retail**
(successful Chapter 11 cases for Ortho Mattress, Inc., a manufacturer and retailer of
bedding products; Britches of Georgetowne, Inc., a clothing retailer with outlets in sev-
eral states). Mr. Neale has a particular expertise in the **Entertainment Industry**. He
has represented clients involved in **publishing** (New Millennium Entertainment, Buzz
Magazine); **film exhibition** (Resort Theaters of America); **film production** (Franchise
Pictures, LLC and its affiliates); The Samuel Goldwyn Company in connection with
its acquisition of Heritage Entertainment); **music** (Even St. Productions, LLC, the
owner of rights relating to the catalogue of Sly & the Family Stone) and **artists** (Gladys
Knight, Mick Fleetwood, Lynn Redgrave, among others). He has also successfully rep-
resented numerous individual Chapter 11 debtors with respect to personal real estate
holdings and liabilities and other financial difficulties. Mr. Neale has also represented
numerous purchasers, equity interest holders, creditors and official committees in
many Chapter 11 cases around the country. This is a small sample of the cases he
has handled over his almost 30-year legal career.

Mr. Neale is both an experienced and aggressive litigator whose cases have resulted
in over a dozen notable published opinions by the Bankruptcy Court, District Court
and Ninth Circuit Court of Appeals. He also brings his negotiating skills to bear as
a member of the Mediation Panel for the Bankruptcy Court for the Central District
of California. He is a member of the American Bar Association, Association of the
Bar of the City of New York, New York County Bar Association, Century City Bar

**DAVID L. NEALE**  ATTORNEY AT LAW          2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320          MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 2



Association, Beverly Hills Bar Association, Financial Lawyers Conference, Turnaround Management Association, and the Commercial Law League of America. He has served on the Board of Directors of the AIDS Project Los Angeles and the Los Angeles division of the American Friends of Hebrew University.

Mr. Neale received his B.A., *summa cum laude* from Princeton University in 1984 and his J.D. from Columbia University School of Law in 1987. He was admitted to the New York Bar in 1988 and the California Bar in 1989. He was admitted to the Ninth Circuit Court of Appeals in 1989, and was admitted to the United States District Court for the Southern and Eastern Districts of New York in 1988. In 1989, he was admitted to the Central, Eastern, Northern and Southern Districts of California. He has also practiced extensively in courts around the country, in venues as diverse as Oregon, Arizona, Nevada, Texas, Arkansas, Utah, Florida, New York, Delaware and Tennessee.

**Mr. Neale is the author of:**

- "Bankruptcy and Contractual Relations in the Entertainment Industry – An Overview," *1990 Entertainment, Publishing and the Arts Handbook*
- "A Survey of Recent Bankruptcy Decisions Impacting upon the Entertainment Industry," *1992–1993 Entertainment, Publishing and the Arts Handbook*
- "SEC Actions and Stays," *National Law Journal,* 2002
- "The Scope and Application of 11 U.S.C. § 1145," American Bankruptcy Institute Bankruptcy Battleground West, 2003
- "Whose Life is it Anyway? Treatment of Unique Assets in Bankruptcy," American Bankruptcy Institute Winter Leadership Conference, 2016

He was featured as a "Mover & Shaker" by *The Deal* magazine in 2006, and has been interviewed several times by, among others, KNX news radio in Los Angeles, *Variety* magazine, *The Hollywood Reporter,* and the *California Real Estate Journal* on bankruptcy topics.

**Mr. Neale has appeared as a speaker on the following topics before the following organizations:**

- "Making the Best Better: Lessons From the Battlefield," Turnaround Management Association 6th Annual Spring Meeting, 1998

continued. . .    pg 3 of  4



**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 3

- "Litigation Issues in Bankruptcy," Business Torts – An Introduction and Primer, Consumer Attorneys Association of Los Angeles, 1998
- "There Must Be Fifty Ways to Leave Your Troubles," Turnaround Management Association, 1998
- "The Impact of State Court Decisions in Bankruptcy Court," Beverly Hills Bar Association, 2001

**Mr. Neale has appeared as a panelist, addressing issues relating to:**

- "Bankruptcy in the Dot-Com Economy" and "Licensing Agreements: How to Draft and Enforce Them" for Law.Com Seminars
- "Public Company Debtors and the SEC," American Bankruptcy Institute Bankruptcy Battleground West, 2003; "The 2005 Amendments to Bankruptcy Code Sections 546(c) and 547 – The Early Returns," Financial Lawyers Conference, 2008
- "Transfers of Intellectual Property," Southwestern Law School, Bankruptcy in the New Millennium, 2010
- "Practicing in the Limelight: Celebrity Bankruptcies," American Bankruptcy Institute Winter Leadership Conference, 2016
- "Shark Tank," American Bankruptcy Institute Bankruptcy Battleground West, 2018

Mr. Neale has consistently been named by *Los Angeles* magazine as one of its 100 "Super Lawyers" in the bankruptcy field, and has been recognized by Chambers & Partners as one of the top practitioners within the bankruptcy/restructuring field in California.

**DAVID L. NEALE**  ATTORNEY AT LAW           2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320           MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**RON BENDER** is a founding and co-managing partner of Levene, Neale, Bender, Yoo & Golubchik L.L.P., one of the premier insolvency boutique law firms in the State of California. The firm was founded in 1995. Ron has successfully reorganized and restructured the debt of numerous companies, sold countless companies, and restructured the financial affairs and debts of many individuals. He is widely regarded as a highly creative, results oriented bankruptcy, insolvency and restructuring attorney who is able to tackle complex financial and legal problems and develop and implement creative solutions. Ron has repeatedly been listed by "Super Lawyers" as one of the top 100 lawyers in Southern California in regional surveys of his peers.

Ron received his undergraduate degree in Finance from the prestigious Wharton School of Business at the University of Pennsylvania in 1986 where he graduated first in his class (B.S., summa cum laude), and then obtained his law degree from Stanford University Law School in 1989. During law school, Mr. Bender served as a judicial extern for the Honorable Lloyd King, U.S. Bankruptcy Court, Northern District of California Bankruptcy Court.

Ron has one of the largest bankruptcy and insolvency practices in the State of California, having represented hundreds of chapter 11 debtors. A sampling of some or Ron's chapter 11 bankruptcy representations includes: a 400,000 square foot shopping center in Lynwood, California known as **"Plaza Mexico"** that Ron recently sold for $164 million; the **TRX** exercise band company that Ron recently sold for $11.1 million; **Zacky and Sons Poultry** (a large grower, processor, packager and seller of chicken and turkey related products) that Ron recently sold for approximately $40 million; **West Coast Distribution** (a premier technology driven supply chain management, logistics warehousing, fulfillment and 3PL distribution services provider for the apparel industry) that Ron recently sold; **Tatung Company of America** (a manufacturer and distributor of consumer electronics with over $20 million assets that Ron successfully reorganized); **NAI Capital** (the well known commercial real estate brokerage firm that Ron successfully sold); **Ironclad Performance Wear** (a leading, technology-focused developer and manufacturer of high-performance task-specific gloves and apparel for the "industrial athlete" that Ron sold for $25 million); **Rdio** (a digital music service provider) that Ron sold to Pandora for $75 million; **Country Villa** (one of the largest owners and operators of skilled nursing facilities



**RON BENDER**
rb@lnbyg.com

continued. . .

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

with annual revenue of more than $200 million that Ron sold for $62 million); **Pebble ABC** in a sale to Fitbit for $20 million; **Gamma Medica** (a manufacturer of imaging systems in the biotechnology field that Ron sold); **Matterhorn Group** (a large manufacturer of novelty ice cream products that Ron sold); **Fat Burger** (the well known chain of hamburger restaurants that Ron sold); **Westcliff Medical Laboratories** (an owner and operator of 170 patient service center laboratories and labs throughout California with $95 million of annual revenue and 1,000 employees that Ron sold for $57.5 million); **LifeMasters Supported Selfcare** (a national disease management company with annual revenue of $80 million that Ron sold); **Bodies in Motion** (a chain of fitness facilities that Ron sold for approximately $10 million); **Max Equipment Rental** (an equipment rental company that Ron successfully reorganized); **Nelson & Associates** (a manufacturers' representative in the electrical industry that Ron successfully reorganized); **Alin Party Supply** (a retail chain of party supplies that Ron successfully reorganized); **Lake San Marcos Resort & Country Club**; **Pacific High Reach** (a large construction equipment rental company that Ron sold for $17 million); **Krystal Koach** (a large manufacturer of limousines and shuttle buses that Ron sold); **Small World Toys** (a toy company that Ron sold for approximately $16 million); **Intervisual** (a children's book company that Ron sold for approximately $10 million); **LightPointe Communications** (a manufacturer of wireless networking equipment that Ron successfully reorganized); **Nicola** (a large olive importer and distributor that Ron successfully reorganized); **Krispy Kreme** (an owner and operator of Krispy Kreme Doughnut Stores that Ron successfully reorganized); **Pleasant Care** (an owner and operator of skilled nursing facilities with annual revenue of approximately $200 million that Ron sold for approximately $17 million); **Sega GameWorks** (a retail entertainment based company operating under the name of "GameWorks," with $60 million of annual revenue, that Ron sold for approximately $8 million); **Alliant Protection Services** (a commercial and residential alarm services company with 16,000 customers that Ron sold for $14.5 million); **The Walking Company** (a national chain of 101 retail stores selling specialty shoes and footwear that Ron successfully reorganized); **Shoe Pavilion** (a chain of 117 retail stores selling off-price footwear with locations in the Western and Southwestern United States that Ron sold); **Gadzoox Networks** (a publicly traded company engaged in the business of providing networking infrastructure for storage and data management, where

continued. . .

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

LNBY&G

one division was sold for $8.5 million and the balance of the company successfully reorganized); **State Line Hotel**, S**tate Line Casino**, **Jim's Enterprises** (two hotels and casinos located in West Wendover, Nevada known as the State Line Hotel and Casino and the Silver Smith Hotel and Casino that Ron sold for $55 million); **Easyrider** and **Paisano Publications** (publicly traded publishers of thirteen national magazines that Ron sold for $12.3 million); **Clifford Electronics** (a manufacturer of automotive aftermarket and original equipment manufacturer security systems and components, primarily for automobiles, with annual sales of $40 million, that Ron sold for $20 million); **Chorus Line Corporation** and **California Fashions Industries** (one of the largest apparel companies in the country at that time with annual sales of $500 million); **Avus** (a distributor of computer systems with sales of in excess of $100 million that Ron sold); **A.J. Markets** (chain of supermarkets that Ron sold for $5 million); **Trancas Town** (owner of 35 acres of raw developable land in Malibu, California that Ron successfully reorganized); **Association of Volleyball Professionals** (professional beach volleyball league that Ron sold); **Louise's Trattoria** (chain of 16 Italian food restaurants with $30 million in annual revenue that Ron sold for $7 million); **Westward Ho Markets** (a supermarket chain with $50 million of annual revenue and $20 million of debt that Ron successfully reorganized); **Special Effects Unlimited** (one of the largest providers of special effects in the movie industry that Ron successfully reorganized); **Santa Barbara Aerospace** (a heavy aircraft maintenance facility located at the former Norton Air Force base in San Bernardino, California, that Ron successfully reorganized and then sold); **Manchester Center** (a 1.5 million square foot shopping center in Fresno, California that was Ron sold for $25 million); **Marbella Golf and Country Club** (a golf and country club located in San Juan Capistrano that Ron successfully reorganized); **Southwest Hospital** (an acute care hospital located in Riverside that Ron successfully reorganized). Ron has also represented countless owners of real estate in chapter 11 that have resulted in successful sales or reorganizations.

Ron is also one of California's leading lawyers and preeminent experts in the field of Assignments for the Benefit of Creditors (ABC's), having represented assignees in approximately 200 ABC's.

Ron is also a frequent author and speaker on bankruptcy and insolvency matters.

**RON BENDER**  ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM  DIRECT: 310.229.3330

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TIMOTHY YOO**, a partner of the firm, specializes in commercial litigation and bankruptcy. Known throughout the region as a bankruptcy attorney who resolves difficult issues with creativity and efficiency, he consistently earns the highest rating in peer surveys, including being repeatedly listed as a "Super Lawyer."

Mr. Yoo received his undergraduate degree in business from University of Southern California with honors in 1987. He then obtained his law degree from Loyola Law School with full merit scholarship in 1991. Mr. Yoo completed a one-year clerkship with the Honorable Lisa Hill Fenning, United States Bankruptcy Judge for the Central District of California. In March, 1998, he was appointed to the Panel of Chapter 7 Bankruptcy Trustees for the Central District of California. Besides serving as a Chapter 7 Trustee, Mr. Yoo also serves in numerous cases as a Chapter 11 Trustee, Bankruptcy Ombudsman, Liquidating Trustee, and Chief Restructuring Officer.



**TIMOTHY J. YOO**
tjy@lnbyg.com

Mr. Yoo's wide range of experience includes Taeil Media (represented a multinational Korean corporation in one of the largest Orange County fraud cases); Destination Films (acted as Chapter 7 trustee to liquidate a large film library); Winston Tires (represented the Chapter 7 Trustee); Millennium-Pacific Icon Group (acted as Chapter 11 Trustee of one of the largest Korean American real estate developer); Daewoo Motors (defended creditors in preference actions); Bodies in Motion (acted as the first Consumer Privacy Ombudsman in the Central District of California to advise the court on a sale of a chain of fitness facilities); Small World Toys (represented the creditors' committee); Chorus Line Corporation and California Fashions Industries (acted as a liquidating trustee for one of the largest apparel companies in the country); IT Wheels (successfully defended a Chapter 7 Trustee in a Chapter 15 proceeding); Aoki Pacific Corporation (as Chapter 7 Trustee, completed public works projects); Dick Cepek, Inc. (acted as Chapter 7 Trustee to liquidate a chain of off-road vehicle parts stores); and Phoenix MC, Inc. (acted as the Chief Restructuring Officer for a hybrid automobile manufacturer).

Mr. Yoo has lectured as a panelist in programs sponsored by Lorman Education Services, Office of the United Trustee and the National Asian Pacific American Bar Association. He also frequently writes for the *Korea Times* and California Continuing Education of the Bar.

**TIMOTHY J. YOO** ATTORNEY AT LAW
EMAIL: TJY@LNBYG.COM  DIRECT: 310.229.3365

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**



LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES

## Professional Resume

**MARTIN J. BRILL.** Mr. Brill has devoted his over 35 years of practice exclusively to bankruptcy, insolvency and business reorganizations, with particular emphasis on complex reorganizations of publicly-held companies in a wide range of industries. Mr. Brill's expertise in the interplay between bankruptcy and securities laws has led to the successful reorganization of numerous publicly-held corporations and privately-held corporations desiring to go public, including Prism Entertainment Corporation (involving a reverse merger of the publicly-held film producer, Prism, with a privately-owned video retailer), Geo Petroleum, Inc., (successful Chapter 11 of publicly-held oil and gas company), Video City, Inc., (successful Chapter 11 for video retailer with over 75 locations involving issuance of securities for debt), and American Blood Institute, Inc. (successfully raised over $1.2 million through complex debtor financing, allowing company to emerge as publicly-held plasma company, SeraCare, Inc.). Mr. Brill also has represented debtors, creditors, trustees, plan proponents, asset purchasers and creditors committees in a wide variety of diverse chapter 11 reorganization cases. For example, Mr. Brill was lead counsel in representing the chapter 11 debtor in Gateway Computer Systems (a multi-store retailer of computers and related equipment), the chapter 11 debtor in Primedex Health Systems, Inc. (successful pre-packaged plan confirmed in less than 45 days for diagnostic imaging company), 360 Global Wine Company and 360 Viansa, LLC (publicly held holding company and its operating wholly-owned subsidiary in the winery business in Sonoma, California), Agua Dulce Vineyards, LLC (operating vineyard and winery in Los Angeles County), Copper King Mining Corporation and Western Utah Mining Company (public holding company and its wholly-owned operating subsidiary in the copper mining business), as well as the chapter 11 debtors in the hospital reorganization cases for Chino Valley Medical Center, Canyon Ridge Hospital, Lincoln Hospital Medical Center and the official creditors committees in Fields Aircraft Spares, Inc. (aircraft parts distributor), New Star Media, Inc. (publishing company), Henry Mayo Newhall Memorial Hospital (hospital), Daewoo Motor America, Inc. (Daewoo automobile distributor in the U.S.), Intercare Health Systems, Inc., Vista Hospital Systems, Inc. and Downey Regional Medical Center (hospitals), Ronco Corporation and Ronco Marketing Corporation (consumer products and marketing), and T-Asset



## Martin J. Brill
mjb@lnbyb.com

continued...                                pg 1 of 2

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067  ■  TEL: 310.229.1234  FAX: 310.229.1244  WWW.LNBYB.COM

LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES

L N B Y & B

## Martin J. Brill
### Professional Resume
continued from page 1

Acquisition Corporation and its related entities (the owner of the *Terminator* film franchise). In addition, Mr. Brill has also handled numerous out-of-court workouts and restructurings, including the successful out-of-court debt restructuring for Carolco Pictures, Inc. Mr. Brill was admitted to the California Bar in 1972. His educational background is as follows: University of California at Los Angeles (B.A., *cum laude*, 1969; J.D., 1972). Associate Editor U.C.L.A. Law Review, 1971-1972. Co-Author: "Collective Bargaining and Politics in Public Employment," 19 U.C.L.A. Law Review 887, 1972. He is a member of the State Bar of California and a member of the Beverly Hills, Century City, Los Angeles County (Member, Sections on: Commercial Law; Bankruptcy) and American Bar Associations. He is currently serving on the Executive Committee of the Bankruptcy Section of the Beverly Hills Bar Association (Chairman from 2002-2003) and served on the Board of Directors of the Los Angeles Bankruptcy Forum. He is a member of the Financial Lawyers Conference and has lectured to various trade groups and bar associations on bankruptcy and related topics.

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067 ■ TEL: 310.229.1234 FAX: 310.229.1244 WWW.LNBYB.COM

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**DAVID B. GOLUBCHIK**, born Kiev, Ukraine, January 10, 1971; admitted to bar 1996, California. Education: University of California, Los Angeles (B.A. 1992), Pepperdine University School of Law (J.D., 1996). Vice Chairman, Moot Court Board; Vice Magistrate, Phi Delta Phi International Legal Fraternity; American Jurisprudence Award in Business Reorganization in Bankruptcy. In addition to the State Bar of California, admitted to the U.S. District Court, Central, Southern, Eastern and Northern Districts of California. Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Court, Central District of California (1996–1997). Member, American, California and Los Angeles Bar Associations, American Bankruptcy Institute (Board of Advisors), Financial Lawyers Conference, Los Angeles Bankruptcy Forum and Beverly Hills Bar Association (Executive Committee). Practice emphasizes bankruptcy, corporate insolvency and creditors' rights. Language: Russian.

**DAVID B. GOLUBCHIK**
dbg@lnbyg.com

**Articles written by David Golubchik include:**

- "Representing Closely Held Corporations in Bankruptcy: The Ethical Dilemma," Commercial Lawyers' Association Conference, November 1999
- "Bankruptcy Law – A Debtor's Press Release," *National Law Journal,* May 29, 2000
- "Taking a Piece of the Action in Bankruptcy," Bay Area Bankruptcy Forum Conference, June 6, 2000
- "Bankruptcy Law – Unwinding Settlements," *National Law Journal,* October 23, 2000
- "Bankruptcy Law – Involuntary Proceedings," *National Law Journal,* February 2, 2004
- "The Rights Of A Lessee In A Lessor's Bankruptcy: Section 365(h) Of The Bankruptcy Code," Los Angeles County Bar Association, Real Estate Subsection, March 25, 2004
- "Defending Nondischargeability Actions in Bankruptcy," Public Counsel, 2002–2004
- "Outlooks and Strategies For Distressed Commercial Real Estate Loans," Grubb and Ellis presentation, May 14, 2009
- "Chapter 11 Focus: Small Business and Single Asset Real Estate Cases," Los Angeles County Bar Association, Commercial Law and Bankruptcy Subsection, January 27, 2010

**DAVID B. GOLUBCHIK**  ATTORNEY AT LAW
EMAIL: DBG@LNBYG.COM  DIRECT: 310.229.3393

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**



## PROFESSIONAL RÉSUMÉ

**EDUCATION**

University of Maryland (B.A., 1971)
University of Maryland School of Law (J.D., with Honors, 1974)

**BAR ADMISSIONS**

Maryland, 1974, California, 1976
U.S. District Court, 1976
U.S. Court of Appeals for the Ninth Circuit, 1978
U.S. Supreme Court, 1980

**GARY E. KLAUSNER** joined LNBYG as a senior partner in May 2014, from a senior shareholder position at Stutman, Treister & Glatt P.C. Mr. Klausner has exclusively practiced in the field of corporate restructuring and bankruptcy since 1976.

Mr. Klausner represents Chapter 11 debtors, secured and unsecured creditors, creditors' committees, trustees and receivers, licensors and franchisors, purchasers of assets out of bankruptcy cases and parties involved in litigation and appeals in connection with bankruptcy cases. He has handled cases involving a broad range of businesses and industries including manufacturing, retail, real estate development, hospitality and restaurants, aerospace, entertainment, healthcare, financial institutions, and transportation.

Mr. Klausner also has expertise in Chapter 9 of the Bankruptcy Code, which is designed for the reorganization of municipalities. Mr. Klausner was the lead lawyer in the Chapter 9 case of <u>Valley Health System</u> in which he successfully confirmed a Chapter 9 Plan of Adjustment.

Mr. Klausner's significant engagements as debtor's counsel include: <u>Meruelo Maddux Properties, Inc.</u> (Special Reorganization Counsel); <u>Imperial Capital Bancorp, Inc.</u>; <u>Colorep, Inc.</u>, <u>International Union of Operating Engineers, Local 501</u>, <u>Mr. Gasket Co.</u>; <u>Prism Entertainment Corporation</u>; <u>Packaging Corporation of America</u>; <u>Super Shops, Inc.</u>; <u>Cannon Pictures</u>; <u>Maguire Thomas Partners</u>, <u>Fifth & Grand, Ltd.</u>; <u>ABC International Traders, Inc.</u>; <u>Maxicare and Watts Health Foundation, Inc., dba UHP Healthcare</u>.



**GARY E. KLAUSNER**
GEK@LNBYG.COM

**Honors and Recognitions**

Fellow, American College of Bankruptcy, 2010

Century City Bar Association: Bankruptcy Lawyer of the Year, 2012

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–12

Selected, Southern California's Best Lawyers in America, 2011–12

**Publications/Press**

"Section 1111(b) '" Look Before You Leap," 2 *Bankruptcy Study Group Journal* 15 (1986)

"Chapter 11 'The Bank of Last Resort,'" *The Business Lawyer,* November, 1989; Vol. 45, No. 1

"The New Bankruptcy Rules," 4 *Bankruptcy Study Group Journal* 64 (1987).

continued. . .                                                    pg 1 of 3

**GARY E. KLAUSNER**
**PROFESSIONAL RÉSUMÉ**
continued from page 1



Mr. Klausner has represented creditors' committees in cases such as Rhythm & Hues, Inc., Nasty Gal, Inc., Consolidated Freightways, New Meatco, Westward Ho Markets, Naki Electronics, Prime Matrix, The Movie Group, American Restaurant Group ("Black Angus"), and Solidus Networks, Inc.

Mr. Klausner has also represented principals involved in significant chapter 11 cases, such as Relativity Media Inc., The Weinstein Company, EZ Lube; Rachel Ashwell Design, Inc. ("Shabby Chic"); and Comic Book Movies LLC.

In addition to client matters, Mr. Klausner has been actively involved and has held prominent positions in local and national professional organizations and bar associations. Mr. Klausner is a member of the Board of Governors of the Financial Lawyers Conference and served as its president from 1993 through 1994. He is a board member of the Los Angeles Bankruptcy Forum (serving as its president in 2003–2004), a member of the American Bar Association, Section on Business Law, where he chaired a task force on The Economics of Chapter 11 Practice, chaired the Subcommittee on Bankruptcy Fraud, Crimes and Abuse of the Bankruptcy Process, and chaired the Chapter 9 and Chapter 11 Subcommittees. He is a member of the Los Angeles County Bar Association, where he has served as a member of the Executive Committee of the Commercial Law and Bankruptcy Section as well as being Vice-Chair of the Section's Bankruptcy Committee.

In 2010, Mr. Klausner was elected as a Fellow of the American College of Bankruptcy, and in 2012, Mr. Klausner was recognized as "Bankruptcy Lawyer of the Year" by the Century City Bar Association.

Mr. Klausner has also served as a Lawyer Representative to The Ninth Circuit Judicial Conference and chaired the United States District Court Standing Committee On Attorney Discipline.

Mr. Klausner speaks frequently on subjects involving bankruptcy and commercial law and has published numerous articles on bankruptcy-related topics.

### Speaking Engagements

Panelist, "Bank Holding Company Bankruptcies," ABI Battleground West, 2012

Panelist, "Municipal Bankruptcies," ABI Battleground West, 2011

Panelist, "Municipal Bankruptcies," ABA Fall Meeting Business Law Section, 2010

### KEY REPRESENTATIONS

**Debtor Representations**

Colorep, Inc.

International Union of Operating Engineers, Local 501

St. Tropez Capital, Inc.

Mr. Gasket Co.

Prism Entertainment Corporation

Packaging Corporation of America

Super Shops, Inc.

Maguire Thomas Partners, Fifth & Grand, Ltd.

ABC International Traders, Inc.

Maxicare, HMO

Watts Health Foundation, Inc., dba UHP Healthcare, HMO

Valley Health System, Healthcare District

Imperial Capital Bancorp, Inc.

Mereulo Maddux Properties, Inc

**GARY E. KLAUSNER**  ATTORNEY AT LAW                    2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
EMAIL: GEK@LNBYG.COM  DIRECT: 310.229.3360              MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**GARY E. KLAUSNER**
**PROFESSIONAL RÉSUMÉ**
continued from page 2



He is a member of the bar of the states of California and Maryland, and is admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Ninth Circuit, and the United States District and Bankruptcy Courts for the Central District of California.

Mr. Klausner received his J.D., with honors, from the University of Maryland School of Law in 1974, where he served on the editorial staff of the University of Maryland Law Review from 1972–73. He received his B.A. from the University of Maryland in 1971.

### PROFESSIONAL AFFILIATIONS

Financial Lawyers Conference (President, 1993–1994; Member of the Board of Governors)

Los Angeles Bankruptcy Forum (President in 2003–2004) Ninth Circuit Judicial Conference (2007–2009)

United States District Court, Central District, Standing Committee on Attorney Discipline, Chair 2011–2013

American Bar Association Section on Business Law, Chair of the Subcommittee on Bankruptcy Crimes, Fraud and Abuse, 2005

Chair of the Subcommittee on Chapter 9, 2011–2016; Chair of Chapter 11 Subcommittee, 2017–2020

### HONORS AND RECOGNITIONS

Fellow of the American College of Bankruptcy Century City Bankruptcy Lawyer of the Year, 2010

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–16 Selected, Southern California's Best Lawyers in America, 2011–12

### KEY REPRESENTATIONS
**Committee Representations**

Rhythm & Hues

Nasty Gal

New Meatco

Consolidated Freightway

Westward Ho Markets

Naki Electronics

Prime Matrix Stan Lee Media

American Restaurant Group, Inc

**Significant Creditor/Party In Interest Representations**

The Weinstein Company

Relativity Media

Cannon Pictures, Inc.

Georgia Pacific Corporation

Cal Worthington

Columbia Tristar

Fox Family Worldwide

MCI Telecommunications Corporation

Paramount Pictures

Saban Entertainment

Sony Pictures, Inc.

The Walt Disney Company

Victor Valley Community Hospital

Rachel Ashwell Design, Inc

EZ Lube, Inc

Gardens Regional Hospital

pg 3 of 3

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**EDWARD M. WOLKOWITZ** has focused on the areas of insolvency and commercial law during more than 40 years of practice. He has represented debtors, creditors, trustees, receivers and creditors' committees in a wide variety of cases. He also serves as a chapter 11 and chapter 7 panel trustee in the Central District of California and as a receiver for the Los Angeles Superior Court. He has extensive experience in representing various interests in complex reorganization cases in a number of different and diverse industries and has also operated a number of businesses as a trustee and receiver. He is also AV rated by Martindale-Hubbell.

He has been involved in a number of cases that have made new law or clarified existing law in the Ninth Circuit, including: Wolkowitz v. FDIC, 527 F. 3d 959 (9th Cir. 2008); Wolkowitz v. Beverly, 551 F. 3d 1092 (9th Cir. 2008); In re Sylmar Plaza, LP, 314 F.3d 1070 (9th Cir. 2002); Wolkowitz v. American Research Corporation, 131 F.3d 788 (9th Cir. 1999); In re Moses, 167 F.3d 470 (9th Cir. 1 999); Wolkowitz v. Shearson Lehman Bros., 136 F.3d 655, cert. denied, 525 U.S. 826 (1998); In re Cheng, 943 F.2d 1114 (9th Cir. 1991); In re Qintex Entertainment, 950 F.2d 1492 (9th Cir. 1991); In re WLB_RSK Venture, 296 B.R. 509 (Bankr. C.D. Cal. 2003).

Mr. Wolkowitz was on the faculty of Southwestern University Law School from 1978 to 1994, rejoining the faculty in 2001, teaching courses in bankruptcy, commercial transactions and business reorganization. He has also lectured extensively for the California Continuing Education of the Bar, and as a panelist in programs sponsored by the American Bankruptcy Institute, the Los Angeles Bankruptcy Forum, and the Beverly Hills Bar Association. Between 1994 and 2002, he served as a member of the City Council of Culver City, California, including two one-year terms as Mayor of Culver City.

Mr. Wolkowitz was admitted to the California Bar in 1976. His educational background is as follows: California State University, Northridge (B.A., 1971); Southwestern University Law School (J.D., *cum laude,* 1975); The University of Michigan Law School (LL.M., 1976).

**EDWARD M. WOLKOWITZ**

emw@lnbyg.com

continued. . .                                                                                    pg 1 of 2

**EDWARD M. WOLKOWITZ** ATTORNEY AT LAW
EMAIL: EMW@LNBYG.COM  DIRECT: 310.229.3364

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**EDWARD M. WOLKOWITZ**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

**LNBY&G**

**His publications include:**

- "Debtors Have New Weapons Against Involuntary Bankruptcy," *Journal of Corporate Renewal* 12 (December 2007)
- "Bankruptcy and Family Law: A Marriage of Irreconcilable Differences", 24 *B.H. Bar J.* 83 (1990)
- "Insolvency and Bankruptcy," (Chapter 7) *California Family Law Service, Bancroft-Whitney* (1986)
- "Legislative Analysis—Land Use Proposals," 8 *Southwestern University Law Review* 216 (1976)
- "Land Use Controls: Is there a Place For Everything," 6 *Sw.U.L.Rev.* 607 (1974)

He is a member of the State Bar of California, the American Bar Association, Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyers Conference and the National Association of Bankruptcy Trustees. He has served as President and Vice President of the Los Angeles Bankruptcy Forum; the Editorial Board of the California Bankruptcy Journal; and, the Executive Committee of the Board of Governors of the Financial Lawyers Conference.

**EDWARD M. WOLKOWITZ**  ATTORNEY AT LAW          2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
EMAIL: EMW@LNBYG.COM  DIRECT: 310.229.3364          MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**BETH ANN R. YOUNG**, born Santa Monica, California, June 30, 1964; Admitted to California State Bar, December, 1989; **Admitted** to the United States District Court, Central, Eastern, Northern and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit.

**Education:** University of California at Los Angeles (B.A., 1986); Loyola Law School (J.D., 1989).

**Member:** California Bar Association, American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Financial Lawyers' Conference and Los Angeles Bankruptcy Forum.

**Bankruptcy Court Panel Mediator:** United States Bankruptcy Court, Central District of California, January 2014 through the present; Certificated Completion of Mediation Training Program: Straus Institute for Dispute Resolution, Pepperdine School of Law, January 2014.

**Reported Decisions:** San Paolo U.S. Holding Company v. 816 South Figueroa Company (1998) 62 Cal. App. 4th 1010, 1026; and Ziello v. First Federal Bank (1995) 36 Cal. App. 4th 321, 42 Cal. Rptr. 2d 251.



**BETH ANN R. YOUNG**
bry@lnbyg.com

**BETH ANN R. YOUNG**  ATTORNEY AT LAW
EMAIL: BRY@LNBYG.COM  DIRECT: 310.229.3352

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**



**PROFESSIONAL RÉSUMÉ**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

**MONICA YOUNG KIM** was admitted to the California Bar in 1995, after graduating from the University of California at Berkeley (B.A., 1991) and Hastings College of the Law (J.D., 1995). She was a Law Clerk to the Honorable Jane Dickson McKeag, U.S. Bankruptcy Judge, Eastern District of California, 1995–96. Ms. Kim has worked solely in the areas of bankruptcy, insolvency and business reorganization, and commercial and real estate transactions, representing debtors, creditors' committees, creditors, sellers, and purchasers. She joined Levene, Neale, Bender, Yoo & Golubchik L.L.P. in 1996, and became a partner in 2004.

Ms. Kim is also involved in out-of-court restructuring transactions, including assignments for creditors, representing sellers/assignors, assignees and buyers. Her experience has included representation in retail, healthcare, entertainment, manufacturing, real estate, service and technology. Ms. Kim is a member of the American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Women Lawyers Association of Los Angeles, and the Korean American Bar Association, and is admitted to the Central, Eastern, Northern and Southern Districts of California.



**MONICA Y. KIM**
myk@lnbyg.com

**MONICA Y. KIM**  ATTORNEY AT LAW
EMAIL: MYK@LNBYG.COM  DIRECT: 310.229.3397

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**PHILIP A. GASTEIER**
pag@lnbyg.com

**PHILIP A. GASTEIER'S** more than 40 years of practice has included a broad range of bankruptcy and insolvency representation, including Chapter 11 debtors, trustees in Chapter 7 and Chapter 11 cases, creditors, committees, buyers, landlords and parties to executory contracts, with particular emphasis on complex reorganizations and structuring transactions.

In his first decade of practice in Philadelphia, Mr. Gasteier successfully represented landlords and purchasers of leasehold interests in large cases such as Food Fair and Lionel, and participated in preparation of materials for presentation to Congress in connection with hearings leading to the Shopping Center Amendments to the Bankruptcy Code in 1984. He counseled extensively in connection with insolvency and bankruptcy aspects of commercial leases for shopping centers and retail chains, and authored "Shopping Centers As Utilities Under the Bankruptcy Code," *Shopping Center Legal Update,* Summer, 1983. Mr. Gasteier also provided insolvency counseling in connection with bond and other securities transactions. Mr. Gasteier was involved in representation of creditor or equity committees in matters including Franklin Computer, Manson-Billard Industries and Monroe Well Service, Inc. Debtor representation included Motor Freight Express, a multi-state motor carrier, and Dublin Properties.

Mr. Gasteier's practice in Los Angeles has included entertainment and other intellectual property matters, such as Fries Entertainment, Inc., Qintex Entertainment, Inc., and Hal Roach Studios, Inc. where he was primarily responsible for structuring and confirming chapter 11 plans, as well as representation of Carolco Pictures, Inc. and Paramount Studios. He has provided specialized insolvency counseling and litigation support in connection with numerous transactions, licenses and other entertainment contracts. Mr. Gasteier argued In re: Qintex Entertainment, Inc., 950 F.2d 1492 (9th Cir. 1991) to the Ninth Circuit U.S. Court of Appeals, a principal case establishing the executory contract analysis applicable to copyright licenses, and determining that participation rights constitute unsecured claims. Other debtor representation has included Currie Technologies Inc.; Wavien, Inc; Ocean Trails L.P.; Superior Fast Freight, Inc.; and B.U.M. International, Inc. Mr. Gasteier has been involved in creditor committee representation in cases such as House of Fabrics, California Pacific Funding, Ltd., Condor Systems, Inc. and Chase Technologies, Inc.

continued. . .

pg 1 of 2

**PHILIP A. GASTEIER**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

Mr. Gasteier is a graduate of the Law School of the University of Pennsylvania
(J.D. 1977) and the Ohio State University (B.A. 1974). He was admitted to the
Pennsylvania Bar in 1977 and to the California Bar in 1987. He is also a member of
the bar of the United States District Court, Central, Eastern and Northern Districts
of California; the U.S. District Court, Eastern District Court of Pennsylvania, and
the Ninth and Third Circuit Courts of Appeals. He is a member of the American
Bankruptcy Institute, the American Bar Association, the State Bar of California,
the Century City Bar Association, the Financial Lawyers Conference and the Los
Angeles County Bar Association, where he served as a member of the Bankruptcy
Sub-Committee of the Section on Commercial Law and Bankruptcy from (1990–
1992). He has been active in civic affairs, and is a past President (2008–2009), Vice
President (2006–2008) and Board Member (2004–2009) of the Greater Griffith Park
Neighborhood Council, an official body of the City of Los Angeles.

**PHILIP A. GASTEIER**  ATTORNEY AT LAW
EMAIL: PAG@LNBYG.COM  DIRECT: 310.229.3329

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**DANIEL H. REISS**, a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), has specialized in the area of bankruptcy and insolvency for over thirty years. Before entering the legal field, Mr. Reiss started his professional career at KPMG (then Peat, Marwick and Mitchell) and became a Certified Public Accountant specializing in tax structuring in mid-market and entrepreneurial businesses. Mr. Reiss graduated from California State University, Northridge, *summa cum laude,* B.S., Business Administration in 1984. Mr. Reiss's business education and background is of significant importance in dealing with the complex financial issues facing distressed business situations.

Armed with practical business knowledge, Mr. Reiss decided to pursue a career in law and graduated in 1990 from Loyola University Law School where he was a staff writer and notes editor of the *Law Review,* president of Phi Delta Phi legal honor fraternity, and was a member of the St. Thomas More Honor Society.

Mr. Reiss joined LNBYG in November 2000. Mr. Reiss is a member of the executive committee of the Bankruptcy Section of the Beverly Hills Bar Association, and is a member of the Los Angeles Bankruptcy Forum, Financial Lawyers Conference and the Los Angeles County Bar Association. Mr. Reiss has been honored as a "Super Lawyer" multiple times since 2006 in a region-wide survey, an honor bestowed on only 5% of Southern California attorneys.

Mr. Reiss's bankruptcy experience extends to cases and distressed situations involving public utilities, healthcare, retail, aviation, hospitality, real estate, bio-tech and general manufacturing. Mr. Reiss regularly represents debtors, creditor committees, secured creditors, bankruptcy trustees and buyers of distressed assets and companies. Mr. Reiss is a frequent speaker before trade and legal groups, and is a nationally published author on bankruptcy issues.

Mr. Reiss is also an experienced bankruptcy litigator, having been lead counsel in more than 100 adversary proceedings in bankruptcy court. When not representing the bankruptcy entity or a trustee, Mr. Reiss has successfully petitioned the Court to confer standing on his clients to file litigation on behalf of the estate. Mr. Reiss also has expertise in removing state court litigation to the bankruptcy court and dealing



**DANIEL H. REISS**
dhr@lnbyg.com

continued. . .

pg 1 of 3

# DANIEL H. REISS
## PROFESSIONAL RÉSUMÉ

continued from page 1

with complex jurisdictional issues. Litigation targets commonly include company directors, officers and other insiders, recipients of avoidable asset transfers, or creditors holding invalid liens or claims.

**Mr. Reiss's published articles include:**

- "Bankruptcy Battlegrounds in Franchising," *Franchise Law Insider,* 3rd Quarter 2005
- "Assignment of Leases," *National Law Journal,* Winter 2006
- "'Travelers Cas.' Part II," *National Law Journal,* Winter 2007.
- "Single-Asset Real Estate," *National Law Journal,* Summer 2008.
- "D&O Moves to the Forefront in Bankruptcy Cases," *National Law Journal,* Summer 2009.
- "Protecting Interests in the Event of Tenant Bankruptcies," *National Law Journal,* Spring 2010.
- "When Cases In Two Bankruptcy Courts Clash," *National Law Journal,*
- Fall 2010
- "Marshall Case Raises Issue Of Consent To Jurisdiction" *National Law Journal,* Summer 2011
- "Bidders At Bankruptcy Auctions, Beware," *National Law Journal,* Summer 2012
- "What's a Class Action Plaintiff To Do?" *National Law Journal,* Summer 2013

**Mr. Reiss's speaking engagements include:**

- "Franchise Issues in Bankruptcy," Spring, 2004, Franchise Business Network.
- "Hostile Takeovers in Bankruptcy Cases," Credit Managers Association.
- "Directors and Officers Litigation in Bankruptcy," Spring, 2008, Turnaround Management Association and Beverly Hills Bar Association.
- "Healthcare Business Bankruptcies," Spring 2009, Los Angeles County Bar Association, Healthcare Law and Commercial Law And Bankruptcy Sections
- "Bankruptcy Battlegrounds in Franchising," Fall, 2009, Southern California Franchise Business Network.
- "Class-Action Claims Against Bankrupt Defendants An Overview," Summer 2013, State Bar of California, San Francisco, California

continued. . .

**DANIEL H. REISS**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

- "TIC TALK - Issues in Tenant in Common Bankruptcy Cases and Related Considerations," Spring 2015, Beverly Hills Bar Association – Bankruptcy Law and Real Estate Law Sections
- Panelist, Wage and Hour and Other Employment Issues Facing Troubled Companies, AIRA 34th Annual Conference, Nashville, Tenn. 2018.

pg 3 of 3

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**TODD A. FREALY**, a partner of the firm, represents Chapter 7 trustees throughout Southern California in all aspects of case administration and litigation. In July 2010, Mr. Frealy was appointed to the panel of Chapter 7 trustees for the Riverside Division of the United States Bankruptcy Court. Mr. Frealy currently serves as a Chapter 11 trustee and Chapter 7 trustee in cases pending in the Central District of California. Mr. Frealy is a graduate of Southwestern University School of Law (J.D. 1998) and the University of California, Los Angeles (B.A. 1995). During law school he was an extern to the Honorable Mitchel R. Goldberg and Honorable Arthur M. Greenwald, U.S. Bankruptcy Judges for the Central District of California. After law school, he clerked for the Honorable David N. Naugle, U.S. Bankruptcy Judge, Central District of California, Riverside Division (1998–2000). Mr. Frealy was a member of the Board of Directors for the Inland Empire Bankruptcy Forum from 2009–2014 and was a member of the Southwestern University School of Law Alumni Board of Directors (September 2006 to June 2009). He is also a member of the Los Angeles County Bar Association and the Los Angeles Bankruptcy Forum. In 2021, Mr. Frealy was recognized as a "Super Lawyer" by *Super Lawyers* magazine. He was admitted to the California Bar in 1998, and is admitted to the Central, Eastern, Northern and Southern Districts of California.

**TODD A. FREALY**
taf@lnbyg.com

**Articles written by Mr. Frealy include:**

- "Dazed and Confused," *California Bankruptcy Court Reporter,* Vol. 4, No. 3, March 2000 (Dischargeability of student loans and the "undue hardship test")
- "Finding the Key," *California Bankruptcy Court Reporter,* Vol. 4, No. 6, June 2000 (How to Set off Mutual Debts in Bankruptcy)

**Mr. Frealy is a frequent speaker on bankruptcy issues, including:**

- Southwestern Law Review's symposium: "Bankruptcy in the New Millennium," February 2010
- Inland Empire Bankruptcy Forum: "Disclosed and Undisclosed Assets In Chapter 7," April 2014
- Inland Empire Bankruptcy Forum: "Hot Topics In Consumer Chapter 7 Proceedings," November 2014
- Inland Empire Bankruptcy Forum: "An Evening With The Trustees," April 2015

continued. . .

**TODD A. FREALY**

**PROFESSIONAL RÉSUMÉ**

continued from page 1



- Riverside County Bar Association: "What Every Non-Bankruptcy Lawyer Should Know About Bankruptcy (And Should Be Afraid Not To Ask)," December 2015
- Inland Empire Bankruptcy Forum: "An Evening With The Trustees," March 2016

**TODD A. FREALY** ATTORNEY AT LAW

EMAIL: TAF@LNBYG.COM DIRECT: 310.229.3366

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034

MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**RICKY STEELMAN** is a senior litigator at Levene, Neale, Bender, Yoo & Golubchik L.L.P. Mr. Steelman's client-centered and resolution-driven practice focuses on complex commercial disputes, including litigation connected to bankruptcy, restructuring and insolvency. His extensive business litigation experience includes successful representation of individuals, Fortune 500 companies, hospitals, and emergency physician groups in state and federal courts, private arbitrations, and more than 75 appeals in the various appellate districts of the California Courts of Appeal, as well as the United States Court of Appeals for the Ninth Circuit.



**RICHARD P. STEELMAN, JR.**

rps@lnbyg.com

Not only an experienced appellate attorney and litigator, Mr. Steelman also has substantial bankruptcy experience in numerous bankruptcy matters and adversary proceedings. Specifically, he played a critical role in obtaining summary judgment (resulting in a published decision in favor of a Fortune 100 financial institution) where the bankruptcy court granted his plaintiff client's request for substantive consolidation. That judgment forced seven non-debtor entities and three non-debtor individuals involved in a multi-million dollar mortgage-relief fraud scheme into the primary debtor-entity's Chapter 7 bankruptcy and under the purview of the bankruptcy court. This resulted in better protections for vulnerable consumers and members of the community, as well as financial institutions and corporations.

In addition to his significant class action defense work in federal court, Mr. Steelman has appeared numerous times in California probate court. He first chaired a probate trial where he successfully challenged the executor's final accounting of a probate estate and the executor's request for extraordinary fees in connection with that estate. That probate decision after a multiple-day trial resulted in greater financial distributions to Mr. Steelman's client, as well as several other non-profit organizations across the country.

Mr. Steelman is very proud to be a two-time Cooke Scholar after being selected for the 2002 Jack Kent Cooke Foundation Undergraduate Scholarship and the 2006 Jack Kent Cooke Foundation Graduate Scholarship – a rare and coveted accomplishment in today's competitive world. He is also honored to have been named a Southern California Super Lawyers "Rising Star" each year since 2013.

continued. . .

**RICHARD P. STEELMAN, JR.**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

**LNBY&G**

Prior to joining the firm, Mr. Steelman worked more than 8.5 years at Bryan Cave Leighton Paisner LLP as a litigation, appellate, and class action associate. He also worked at Buchalter as special counsel, focusing on complex healthcare litigation relating to provider-payor disputes. Mr. Steelman graduated *magna cum laude* from Pepperdine University with a B.A. in Political Science and a Music Minor in 2003. He graduated *cum laude* from Pepperdine University School of Law in 2009. Mr. Steelman is licensed in all California state and federal courts and the U.S. Court of Appeals for the Ninth Circuit. He is a member of the California Society for Health-care Attorneys, the American Health Lawyers Association, the Los Angeles County Bar Association and its Appellate Courts, Litigation, and Healthcare Law sections.

pg 2 of 2

# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**JULIET Y. OH**
jyo@lnbyg.com

**JULIET Y. OH** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. representing individuals and corporations in Chapter 11 bankruptcy cases, out-of-court restructuring proceedings and bankruptcy litigation proceedings. She has been voted a "Rising Star" in a poll of her peers in Southern California each year since 2006.

Ms. Oh has recently represented Chapter 11 debtors Anna's Linens, Inc., Green Fleet Systems, LLC, Belasco Unlimited Corporation, Apex Digital, Inc., Roosevelt Lofts, LLC, Central Metal, Inc., Franchise Pictures LLC, et al., Fatburger Restaurants, and the Official Committee of Unsecured Creditors of Halcyon Holding Group.

Prior to joining the firm in 2003, Ms. Oh specialized in the representation of individuals in Chapter 7 and Chapter 13 cases and worked as an extern with the Office of the U.S. Trustee, Central District of California. Ms. Oh is a graduate of Stanford University and obtained her law degree from University of California, Los Angeles. She was admitted to the California Bar in 2000, is a member of the Korean American Bar Association, California Bankruptcy Forum and Los Angeles Bankruptcy Forum.

pg 1 of 1

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TODD M. ARNOLD** has been with LNBY&G since 2003. Mr. Arnold specializes in corporate and high net worth individual reorganizations and bankruptcy litigation. Mr. Arnold has served as counsel in several major reorganization cases and in hundreds of avoidance actions. Mr. Arnold joined LNBYG after serving as an extern and a law clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Judge. He has been voted a "Rising Star" in a poll of his peers in Southern California each year since 2006. A native of Sacramento, Mr. Arnold graduated from the University of California, Los Angeles with a B.A. in English and Loyola Law School, Los Angeles, *cum laude,* with a Juris Doctor degree and as a member of the Order of the Coif.



**TODD M. ARNOLD**
tma@lnbyg.com

pg 1 of 1

# LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**ANTHONY A. FRIEDMAN** specializes in the representation of debtors in reorganizations and liquidations, Chapter 7 and Chapter 11 Trustees, bankruptcy litigation, State Court litigation, and creditors' committees. Mr. Friedman is admitted to practice before all the Courts of the State of California, the United States District Court, Central, Eastern, Northern and Southern Districts, the Ninth Circuit Court of Appeals and the United States Supreme Court. Mr. Friedman received his Juris Doctor degree from the University of La Verne School of Law in 1999 and his Bachelor of Arts degree from the University of California at San Diego in 1992. Prior to joining Levene, Neale, Bender, Yoo & Golubchik L.L.P., Mr. Friedman was a judicial extern for the Honorable Kathleen Thompson, United States Bankruptcy Judge, Central District of California.  Mr. Friedman is also a member of the American Bankruptcy Institute, the Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the California Bankruptcy Forum, the Financial Lawyer's Conference, the James T. King Bankruptcy Inn of Court (current Board member and past president 2017–2018), and several Southern California Bar Associations. Mr. Friedman is also a volunteer in the Public Counsel Law Center Bankruptcy pro bono project.



**ANTHONY A. FRIEDMAN**
aaf@lnbyg.com

pg 1 of  1

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**KURT RAMLO**, a Los Angeles native, provides restructuring advice to business organizations facing financial distress. His practice includes guiding organizations through out-of-court and chapter 11 reorganizations, as well as related transactions and litigation. He routinely provides advice on structuring cutting-edge transactions on behalf of public and private debtors, foreign representatives, receivers, shareholders, plan sponsors, third-party acquirers, secured and unsecured creditors, creditors' committees and post-petition lenders, as well as other restructuring professionals. A former Assistant United States Attorney, Mr. Ramlo also has extensive trial and commercial litigation experience in bankruptcy and federal district courts.



**KURT RAMLO**
kr@lnbyg.com

His representative chapter 11 matters include advising the debtors in NexPrise, Inc.; Hingham Campus; Minor Family Hotels; Delphi Corporation; Refco; Blue Bird Body Company (prepackaged plan); Friedman's Jewelers; First Virtual Communications; Kmart Corporation; ZiLOG, Inc. (prepackaged plan); Stone & Webster; Wilshire Center Marketplace (Ambassador Hotel); Washington Group; and Furr's Supermarkets; the foreign representatives in Flightlease Holdings and SunCal; the receiver in private equity management group; equity stockholders or plan sponsors in Charter Communications; Crescent Jewelers; Oregon Arena Corporation; Old UGC; and Clift Holdings (The Clift Hotel); asset purchasers and bidders in Medical Capital Holdings; Variety Arts Theatre; Chef Solutions Holdings; People's Choice Financial Corporation; Sun World; The Walking Company; Centis; and iSyndicate; estate professionals in General Growth Properties and Leap Wireless; and creditors in Cocopah Nurseries; One Pelican Hill North, L.P.; McMonigle Residential Group; Contessa Premium Foods; LBREP/L-Lehman SunCal Master I, LLC; Phoenix Coyotes; GTS 900 F (Concerto); Cupertino Square; American Home Mortgage; Trump Casinos; Consolidated Freightways; Loral Space & Communications; Leap Wireless; DirecTV Latin American; Northwestern Corporation; Airwalk; Centis; Regal Cinemas; eToys; Excite/At Home Corporation; Paracelsus Healthcare; and the creditors' committee in Hamakua Sugar Company.

Litigation matters include CanAm Capital Holdings (Ponzi scheme fraudulent transfer action); Lyondell Chemical (New York LBO fraudulent transfer action); Linens N Things (preference); patent holder (obtaining stay pending appeal of $112 million judgment); S&W Bach (New York fraudulent transfer action); One Pelican Hill North

continued. . .

pg 1 of 2

**KURT RAMLO**
PROFESSIONAL RÉSUMÉ
continued from page 1



(California lender liability); <u>Lost Lakes</u> (Washington lender liability); satellite dish provider (piracy and dischargeability); <u>Prium</u> (lender liability); <u>Spansion, Inc.</u> (transfer pricing dispute); <u>Delphi</u> (Michigan state tax litigation; vendor litigation); <u>Refco</u> (Swiss securities litigation); <u>Old UGC</u> ($3.7 billion breach of merger action); <u>Airwalk</u> (debt recharacterization trial); various actions representing the <u>United States</u> (Medicare fraud and dischargeability; surety bond enforcement; loan and guaranty enforcement; wrongful foreclosure litigation; enforcement of criminal fines and restitution orders).

Published decisions issued in matters litigated by Mr. Ramlo include <u>United States Pac. Ins. Co. v. United States Dep't of Interior</u>, 70 F. Supp. 2d 1089 (C.D. Cal. 1999); <u>Secretary of HUD v. Sky Meadow Assoc.</u>, 117 F. Supp. 2d 970 (C.D. Cal. 2000); <u>Yunis v. United States</u>, 118 F. Supp. 2d 1024 (C.D. Cal. 2000); and <u>United States Dep't of Educ. v. Wallace</u> (In re Wallace), 259 B.R. 170 (C.D. Cal. 2000).

He is a co-author of "American Bankruptcy Reform and Creativity Prompt the In re Blue Bird Body Company One-Day Prepackaged Plan of Reorganization," International Corporate Rescue, Kluwer Law International (London) (December 2006), included in Expedited Debt Restructuring: An International Comparative Analysis, Rodrigo Olivares-Caminal ed., Kluwer Law International (The Netherlands) (2007).

In 1993, Mr. Ramlo obtained his law degree from the University of California, Davis and in 1990 a Bachelor of Music degree, with a concentration on music performance on bassoon, from California State University, Northridge.

**KURT RAMLO**  ATTORNEY AT LAW
EMAIL: KR@LNBYG.COM  DIRECT: 310.229.3378

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**EVE H. KARASIK** is a business restructuring and bankruptcy attorney who focuses her practice on the representation of business entities in a variety of industries. In addition to representing corporate debtors, Ms. Karasik has represented creditors' committees, equity committees, post-confirmation liquidating trusts and Bankruptcy Code section 524(g) trusts, assignees and assignors for assignments for the benefit of creditors, receivers and creditors in state and federal receiverships, and significant creditors and litigation parties in cases pending around the country. She began her legal career at Stutman, Treister & Glatt P.C., a nationally recognized bankruptcy boutique where she practiced until May 1, 2014 when the firm had to close its doors.



**EVE H. KARASIK**
ehk@lnbyg.com

Ms. Karasik has a breadth of experience representing entities in wide variety of industries,. Some of her debtor representations of note include: Valley Economic Development Corporation (Los Angeles, CA, *Loan Origination and Servicing*), Marshall Broadcasting, Inc. (Houston, TX, *Media*), Cornerstone Apparel, Inc. (Los Angeles, CA, *Retail*), Anna's Linens, Inc. (Los Angeles, CA, *Retail*), Associated Third Party Administrators and Allied Fund Administrators LLC (Los Angeles, CA, *Benefits Administration*), Imperial Capital Bancorp, Inc. (San Diego, CA, *Bank Holding Company*), Utah 7000, LLC, et al (Salt Lake City, UT, *Luxury Real Estate Development*), Resort at Summerlin, et al (Las Vegas Nevada, *Gaming*); Gold River Hotel & Casino, et al (Las Vegas, Nevada, *Gaming*), Falcon Products, Inc., et al (St. Louis, MO, *Furniture Manufacturer*), Clark Retail Group, et al (Chicago, IL, *Gas Station and Convenience Stores*), MJ Research, Inc. (Reno, NV, *Bio Tech*), Cell Pro, (Seattle, Washington, *Bio Tech*); and U.S. Aggregates, Inc., et al (Reno, NV, *Mining*). Her creditor and equity committee representations include PHI, Inc. (Dallas, TX, *Oil and Gas Logistics*), New Meatco Provisions, LLC (Los Angeles, CA, *Food Distribution*), Circus and Eldorado Joint Venture, et al. (Reno, NV, *Gaming*), Riviera Holdings Corporation, et al. (Las Vegas, NV. *Gaming*), Eurofresh, Inc., et al (Phoenix, AZ, *Food Producer and Distributor*), USA Capital First Trust Deed Fund (Las Vegas, NV, *Real Estate Investment Fund*), Aladdin Gaming, Inc. (Las Vegas, NV, *Gaming*), and Amerco (Reno, NV, *Retail/Trucking*).

Ms. Karasik has also served as counsel to the Trustee in the Securities Investor Protection Corporation liquidation proceeding of W.S. Clearing, Inc. (Los Angeles, CA, *Securities Clearinghouse*), counsel to the Examiner in the Fontainebleau Las Vegas Holdings, LLC., et al. (Miami, FL, *Gaming*), and counsel to the J.T. Thorpe

continued. . .                                                                                                          pg 1 of 4

**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

Settlement Trust, the <u>Thorpe Insulation Company Settlement Trust</u>, <u>Plant Insulation Settlement Trust</u>, and the <u>Western Asbestos Settlement Trust</u> (Reno, NV, Section 524(g) *Bankruptcy Trusts*).

Ms. Karasik is a fellow in the American College of Bankruptcy. She has been ranked in Chambers USA, Band 3, Bankruptcy and Restructuring, California 2020. Ms. Karasik has received several awards in her field, including the Century City Bar Association Bankruptcy Attorney of the Year for 2015, and the Turnaround Managers Association "2007 Large Company Transaction of the Year" award for her work on the U.S.A. Commercial Mortgage Company Chapter 11 Cases. She is also been named a Southern California States Super Lawyers®, 2012–2020 for Bankruptcy & Creditor/Debtor Rights; Best Lawyers in America®, Bankruptcy and Creditor-Debtor Rights Law, 2007– 2020; and AV/Preeminent Attorney® as rated by Martindale-Hubbell®, 5.0 out of 5.0.

**Ms. Karasik has appeared as a speaker on the following topics before the following organizations:**

- American Bankruptcy Institute, Annual Spring Meeting, 2019, The Continuing Vitality of the Jay Alix Protocol, and other Issues Related to the Retention of Distressed Management Consultant
- American Bankruptcy Institute, Bankruptcy Battleground West, 2019, Crossfire Panel: Jevic Debate
- American Bankruptcy Institute, Annual Spring Meeting, 2018, Life After Jevic: How Will the Supreme Court's Decision Affect Chapter 11 Practice
- California Bankruptcy Forum 2016, Mo Fees Mo Objections – Notoriously B.I.G. Problems for Professionals Seeking to be Employed and Paid
- American Bankruptcy Institute, Winter Leadership Conference 2015, Perfecting the Pitch
- Turnaround Managers Association, 7th Annual Western Regional Conference July 16, 2015: "Successor Liability & Section 363 Sales: Everything You Always Wanted to Know, But Were Afraid Someone Would Tell You"
- American Bankruptcy Institute, Spring Meeting 2015: "Trustee Selection in Commercial Bankruptcy Cases: Who Wins the Battle to Control the Estate?"
- Los Angeles Bankruptcy Forum: "LLCs in Bankruptcy: Tricks and Traps (or Points of Leverage and Lurking Dangers)," April 20, 2015

continued. . .                                                              pg 2 of 4

**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 2



- American Bankruptcy Institute, Spring Meeting 2014: "The Ever-Changing Roles of Committees"
- American Bankruptcy Institute, Webinar July 15, 2013: "The Section 1111(b) Election, Plan Feasibility and Cramdown Issues"
- American Bankruptcy Institute, Spring Meeting 2013: "The Section 1111(b) Election, Plan Feasibility and Cramdown Issues"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2011: "Great Debates – Third Party Injunctions in Chapter 11 Plans"
- American Bankruptcy Institute, Spring Meeting 2011: "Ethics and Professional Compensation: Actions to Avoid and Recover Fees"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2009: "Great Debates – Administration of Administratively Insolvent Estate for the Benefit of a Secured Creditor"
- American Bankruptcy Institute, Spring Meeting 2009: "Great Debates – Sale of Assets Free and Clear of Liens Over the Objection of the Secured Creditor"
- CRG Winter Conference, 2009: "Panel Discussion – Guide for Operating in the Zone of Insolvency"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2008: "Claims Trading, Fiduciary Duties and Other Pesky Committee Issues"
- American Bankruptcy Institute, Winter Leadership Meeting, 2006: "Fibermark – New Duties and Beyond – Ethical Problems of Committee Membership and Representation in a Hedge Fund World"
- American Bankruptcy Institute, Spring Meeting 2004: "Successor Liability Revisited – Recent Developments and Trends"

Ms. Karasik received her B.A., with High Honors in History, from the University of California, Berkeley in 1984, and her J.D. from the University of Southern California Law School (Gould School of Law), Order of the Coif, 1991. She was admitted to the California Bar in 1991. She was admitted to the Ninth Circuit Court of Appeals in 1991, the United States District Court for the Central and Northern Districts of California in 1991 and 1992, and the Southern and Eastern Districts of California in 1994. She has also practiced extensively in federal courts throughout the country including in Nevada, Arizona, Utah, Delaware, Washington, Illinois, Missouri, Arizona, Florida and Texas.

continued. . .

**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 3

**Ms. Karasik is active in various organizations, including:**

- American College of Bankruptcy, (2019–present)
- American Bankruptcy Institute: Executive Committee of Board of Directors (2019–present), Board of Directors 2015–2019, Bankruptcy Battleground West Conference, Co-Chair, 2012–2015, Ethics and Compensation Subcommittee, Education Director, 2014–15, Newsletter Editor, 2012–2014
- Ninth Circuit Judicial Conference Lawyer Representative, 2015–2018
- Los Angeles Bankruptcy Forum, Incoming President (2020–2021), Executive Committee Member 2017 to 2020, Board Member 2014
- Credit Abuse Resistance Education (CARE), Southern California Chapter, Advisory Committee Member and Volunteer 2018–present
- State Bar of California, Business Law Section, Member
- State Bar of California, Insolvency Law Committee, Member, 2005–2006
- LA County Bar Association, Commercial Law and Bankruptcy Section, Member
- Women Lawyers Association of Los Angeles, Former Executive Committee Member
- Turnaround Managers Association ("TMA") Awards Committee, Member, 2009–2011
- TMA Distressed Investing Conference Planning Committee, Member, 2013–2014

**EVE H. KARASIK**  ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM  DIRECT: 310.229.3350

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**CARMELA T. PAGAY**, a partner at LNBY&B, specializes in representation of debtors in reorganizations and liquidations, creditor committees, and Chapter 7 and Chapter 11 trustees, and bankruptcy litigation.

Ms. Pagay received her Bachelor of Arts Degree in Political Science from the University of California, Los Angeles in 1994, and her Juris Doctor from Loyola Law School, Los Angeles in 1997, where she was Senior Production Editor of the *Loyola of Los Angeles International and Comparative Law Journal.* Ms. Pagay is admitted to practice before the United States District Court, Central, Eastern, Northern, and Southern Districts, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

She currently sits on the Women Lawyers Association of Los Angeles Foundation Board of Governors, and is a member of the Los Angeles County Bar Association and the Asian Pacific American Bar Association of Los Angeles County. Ms. Pagay is also a longstanding editorial board member of the *Los Angeles Lawyer* magazine and was its Chair for 2020–2021.



**CARMELA T. PAGAY**
ctp@lnbyg.com

**CARMELA T. PAGAY**  ATTORNEY AT LAW
EMAIL: CTP@LNBYG.COM  DIRECT: 310.229.3362

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**



**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JOHN-PATRICK M. FRITZ** was named a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. in January 2016.  Mr. Fritz advises clients as chapter 11 debtors in possession, purchasers, post-petition lenders, creditors, committees, and litigants in bankruptcy related matters.  Mr. Fritz is also a Subchapter V Trustee for Chapter 11 Small Business Reorganizations.

Mr. Fritz represents clients in all industries, including start-ups, intellectual property-based companies, hotels and hospitality, commercial real estate, food production, restaurants, retail, manufacturing, construction, and entertainment and film. Combining multi-faceted experience with innovation, Mr. Fritz employs a goal-oriented approach to achieve successful results, whether as counsel to a company reorganizing its affairs, a creditor navigating its best recovery, or as Trustee mediating a reorganization between debtor and creditor parties.

For many years, Mr. Fritz has served on the board of directors for the Los Angeles Bankruptcy Forum, the board of governors and executive committee of the Financial Lawyers Conference, and the advisory board for the American Bankruptcy Institute's annual Bankruptcy Battleground West program.  Mr. Fritz is a regular panel speaker on bankruptcy and restructuring issues for various professional and business organizations, and he has received the honor of being named a "Super Lawyer" and "Rising Star" by *Super Lawyers* magazine.

Mr. Fritz served as a judicial law clerk to the Hon. Maureen A. Tighe for two years, from 2007 to 2009, before joining the firm as an associate in 2009.  Mr. Fritz graduated Tufts University, *cum laude,* with honors, and Southwestern Law School, *magna cum laude,* in the top 5% of his class.  Mr. Fritz studied abroad for one year in Kyoto, worked for the Japanese government in Japan for two years, and is proficient in Japanese.

**JOHN-PATRICK M. FRITZ**
jpf@lnbyg.com

**JOHN-PATRICK M. FRITZ**  ATTORNEY AT LAW
EMAIL: JPF@LNBYG.COM  DIRECT: 310.229.3395

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**



**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**KRIKOR MESHEFEJIAN** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. He represents clients in all aspects of financial reorganization, corporate restructuring, insolvency and commercial litigation. He has helped businesses and individuals successfully and efficiently confirm chapter 11 plans of reorganization, sell assets, negotiate settlements, and litigate complex legal disputes in bankruptcy courts. His clients include financially distressed technology, healthcare, natural resource, restaurant, food processing, real estate investment and other retail, whole-sale and service businesses, and all types of individuals seeking appropriate debt relief. He also represents creditors seeking to protect their rights and interests in bankruptcy cases, and trustees in connection with administering bankruptcy cases. He applies a "hands-on" approach to all of his cases and provides his clients with personal attention to all aspects of their case, from inception to conclusion, while focusing on obtaining outstanding results in a cost-effective manner. His creative solutions to complex legal and financial problems have helped his clients preserve their assets and businesses, and protect and enforce their legal rights and claims. He has been selected to the "Rising Star" list every year since 2013, an honor reserved for those lawyers who exhibit excellence in practice.

Prior to joining the firm in 2008, Mr. Meshefejian clerked for the Honorable Geraldine Mund and the Honorable Victoria S. Kaufman, United States Bankruptcy Judges. Mr. Meshefejian obtained his J.D. in 2007, *magna cum laude,* from the University of Illinois College of Law, where he served as senior editor for the Illinois Business Law Journal and received the Rickert Award for excellence in legal writing.



**KRIKOR J. MESHEFEJIAN**

kjm@lnbyg.com

pg 1 of 1



**KRIKOR J. MESHEFEJIAN**  ATTORNEY AT LAW
EMAIL: KJM@LNBYG.COM  DIRECT: 310.229.3380

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**LINDSEY L. SMITH** joined LNBYG in February 2010. Ms. Smith obtained her law degree *cum laude* from Loyola Law School, where she was a member of the Alpha Sigma Nu and the St. Thomas More Honor Society, and recipient of the First Honors Award in Election Law. Ms. Smith obtained a B.A. in political science with an emphasis in American Politics from Boston University. Ms. Smith has been named a Super Lawyers Rising Star each year since 2013.

Ms. Smith focuses her practice on the representation of Chapter 11 debtors in possession and Chapter 7 trustees. Ms. Smith has significant experience in successfully representing Chapter 11 debtors from the beginning of a case filing through plan confirmation. Ms. Smith has also represented several Chapter 11 debtors in connection with Section 363 sales of substantially all of their assets.



**LINDSEY L. SMITH**
lls@lnbyg.com

pg 1 of 1

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

### PROFESSIONAL RÉSUMÉ

**JEFFREY S. KWONG (鄺世傑)** joined LNBYG as an associate in 2014. Mr. Kwong represents Chapter 11 debtors, unsecured creditor committees, secured and unsecured creditors, and parties in bankruptcy litigation and appeals from a variety of industries, including hotels and hospitality, lending and banking, commercial real estate, restaurants, retail, and healthcare. Mr. Kwong's prior Chapter 11 debtor engagements include Cornerstone Apparel, Inc., Anna's Linens, Tala Jewelers, Inc., and Green Fleet Systems, LLC. Further, he has represented commercial landlords in some of the largest retail bankruptcy cases filed across the country in recent years.



**JEFFREY S. KWONG**
jsk@lnbyg.com

Prior to joining the firm, Mr. Kwong served for two years as law clerk to the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California. Mr. Kwong obtained his J.D. in 2012 from the University of California, Berkeley, School of Law, where he served as an editor for the Berkeley Journal of International Law and a Senior Articles Editor for the Asian American Law Journal. He received his undergraduate degree, summa cum laude, from the University of California, San Diego.

Mr. Kwong is a board member of the Asian Pacific CPA Association, a legal advisor to the Soo Yuen Fraternal Association of Southern California, a member of the executive committee of the bankruptcy section of the Beverly Hills Bar Association, a member of the Los Angeles Bankruptcy Forum, and a member of the Turnaround Management Association. He also is a member of the Board of Governors of the Southern California Chinese Lawyers Association (SCCLA), for which he serves on its Legal Clinic and Networking Committees.

Recognitions

- 2022 Recipient of the Hon. Cornelius Blackshear Presidential Fellowship presented by the National Conference of Bankruptcy Judges program
- Recognized in 2021 by the American Bankruptcy Institute as one of the "40 Under 40," Emerging Leaders in Insolvency Practice
- Selected in 2020 as one of 40 "up-and-coming bankruptcy practitioners" to attend the National Conference of Bankruptcy Judges' NextGen program

Speaking Engagements

- "Recent Ethics Developments In Bankruptcy And Litigation," Asian American Bar Association and Asian American Bar Association of New York Program (2023)
- "End Of A Corporate Cycle: Difficult Decisions And Options For Businesses In Financial Distress," Asian Pacific CPA Association, Annual Symposium (2021)
- "Bankruptcy And Alternatives For Businesses During The COVID-19 Era," Asian Pacific CPA Association, Annual Symposium (2020)

**JEFFREY S. KWONG**  ATTORNEY AT LAW
EMAIL: JSK@LNBYG.COM  DIRECT: 310.229.3337

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

- "Bumps on the Yellow Brick Road: Entertainment and Intellectual Property Issues in Bankruptcy," Beverly Hills Bar Association, Luncheon Program (2015)
- "Transitioning to Private Practice," U.S. Bankruptcy Court, Law Clerk Training (2015)
- "Chambers Survival Tips," U.S. Bankruptcy Court, Law Clerk Training (2013-2014)

Publications

- Jeffrey S. Kwong, Cortlandt May Signal Acceptance of the "Time Approach" on Landlord Future Rent Claims, Am. Bank. L.J. (June 2023)

**JEFFREY S. KWONG** ATTORNEY AT LAW
EMAIL: JSK@LNBYG.COM DIRECT: 310.229.3337

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JOE ROTHBERG** joined LNBYG as a partner in 2021. Mr. Rothberg has broad experience across a variety of commercial litigation matters, including in state courts, federal courts, bankruptcy courts, and in private arbitrations. Mr. Rothberg has conducted litigation across a wide assortment of industries, including the textile and apparel industries, the aerospace industry, tech industry, the lending and banking industries, the vending and laundromat industries, the publishing industry, and in the commercial and residential real estate industries. In addition, Mr. Rothberg serves as outside general counsel for a number of small to medium-sized businesses in California and the New York City area.



**JOSEPH M. ROTHBERG**
jmr@lnbyg.com

Before joining the firm, Mr. Rothberg was an attorney at Brutzkus Gubner LLP for nine years. Prior to that, he served as a judicial extern to the Honorable Maureen A. Tighe, United States Bankruptcy Judge for the Central District of California. Mr. Rothberg obtained his J.D. in 2012 from the University of California, Los Angeles, where he served as the managing editor for the UCLA Journal of International Law and Foreign Affairs. He received a Bachelor of Arts in 2008 from the University of California, Berkeley with High Honors in history and a minor in music.

Mr. Rothberg has authored several legal analysis articles for Forbes online, regarding various commercial and intellectual property issues. Mr. Rothberg is licensed to practice in both California and New York. He is a member of the New York State Bar Association. Mr. Rothberg has been named a "Rising Star" by Southern California Super Lawyers each year since 2016, and has been named to the "Up and Coming 100" each year since 2019.

**JOSEPH M. ROTHBERG**  ATTORNEY AT LAW
EMAIL: JMR@LNBYG.COM  DIRECT: 310.229.3373

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**



## PROFESSIONAL RESUME

**ROBERT M. CARRASCO** joined LNBYG as an associate attorney in May 2023. Before joining LNBYG, Mr. Carrasco was a judicial law clerk for the Hon. Martin R. Barash in the Central District of California-Bankruptcy Court. Prior to that, Mr. Carrasco served as a judicial law clerk for the Hon. Cecelia G. Morris in the Southern District of New York – Bankruptcy Court. Mr. Carrasco also externed and clerked for the Hon. Maureen Tighe in the Central District of California – Bankruptcy Court.



Mr. Carrasco obtained his J.D. from Southwestern Law School. There, Mr. Carrasco served as a lead articles editor for the *Southwestern Law Review*. Mr. Carrasco obtained his B.A from California State University, Long Beach.

<u>Memberships</u>: American Bankruptcy Institute; Mexican American Bar Association; Los Angeles Bankruptcy Forum.

# EXHIBIT "2"

LAW OFFICES
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

SCHEDULE OF HOURLY BILLING RATES
(Effective January 1, 2024)

| ATTORNEYS | 2024 Rates |
|---|---|
| DAVID L. NEALE | 725 |
| RON BENDER | 725 |
| TIMOTHY J. YOO | 725 |
| DAVID B. GOLUBCHIK | 725 |
| EVE H. KARASIK | 725 |
| GARY E. KLAUSNER | 725 |
| EDWARD M. WOLKOWITZ | 725 |
| BETH ANN R. YOUNG | 725 |
| MONICA Y. KIM | 700 |
| PHILIP A. GASTEIER | 700 |
| DANIEL H. REISS | 695 |
| TODD A. FREALY | 695 |
| KURT RAMLO | 695 |
| RICHARD P. STEELMAN, JR. | 695 |
| ZACHARY PAGE | 695 |
| JULIET Y. OH | 695 |
| TODD M. ARNOLD | 695 |
| KRIKOR J. MESHEFEJIAN | 695 |

| | |
|---|---|
| JOHN-PATRICK M. FRITZ | 695 |
| JOSEPH M. ROTHBERG | 695 |
| MICHAEL G. D'ALBA | 695 |
| CARMELA T. PAGAY | 680 |
| ANTHONY A. FRIEDMAN | 680 |
| JEFFREY S. KWONG | 665 |
| LINDSEY L. SMITH | 625 |
| ROBERT M. CARRASCO | 495 |
| YIHAN ALEX SHE | 495 |
| PARAPROFESSIONALS | 300 |

# EXHIBIT "3"

Attorney or Professional Name, Address, Telephone and FAX

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re:

Chapter 11 Case Number

**Professional Fee Statement**

Number: _____
Month of: _____ , 20____

Debtor

| | |
|---|---|
| 1. Name of Professional: | |
| 2. Date of entry of order approving employment of the professional: | |
| 3. Total amount of pre-petition payments received by the professional: | $ |
| 4. Less: Total amount of pre-petition services rendered and expenses: | - |
| 5. Balance of funds remaining on date of filing of petition: | $ |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | - |
| 7. Less: Total amount of services and expenses this reporting period: | - |
| 8. Balance of funds remaining for next reporting period: | $ |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9. Total number of pages attached hereto: | |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:

_____
Type Name of Professional

_____
Signature of Professional

_____
Type Name of Attorney for Professional (if applicable)

_____
Signature of Attorney for Professional (if applicable)

| In re:            (Short Title)                                 | Chapter 11 Case Number: |
|----------------------------------------------------------------|-------------------------|
|                                              Debtor            |                         |

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF _____

I am employed in the county of _____, State of California, in the office of a member of the bar of this Court at whose direction the service was made; I am over the age of 18 and not a party to the within action; and my business address is as follows:


On _____, I served the foregoing PROFESSIONAL FEE STATEMENT on the interested parties at their last known addresses in this action by placing a true and correct copy thereof in a sealed envelope with first class postage thereon fully prepaid in the United States Mail at _____, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct.

Dated:


_____          _____
Print Name                                Signature

# EXHIBIT "4"



**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

June 19, 2024

**VIA EMAIL ONLY**

Mr. John Ohle, President
Tony's Express, Inc.
2867 Surveyor St.
Pomona, CA 91768
Email: johle84@gmail.com

**Re:    LNBYG RETENTION AGREEMENT**

Dear Mr. Ohle:

On behalf of and Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), let me express our appreciation for the confidence you have shown in selecting us as counsel to assist and advise Tony's Express, Inc. ("Client") in connection with Client's financial issues and, in particular, the filing of a chapter 11 case under Subchapter V of title 11 of the United States Code (the "Bankruptcy Code"). Client previously engaged LNBYG to provide ordinary and necessary legal services as may be required in connection with the resolution of Client's financial issues. The prior retainer agreement dated May 24, 2024 (the "Initial Retainer Agreement") provided that Client and LNBYG would enter into a separate retainer agreement in the event Client wished to retain LNBYG to assist with a restructuring or reorganization under title 11 of the United States Code (the "Bankruptcy Code"), and that the new retainer agreement would supersede the Initial Retainer Agreement.

Client has now decided that it would like to retain LNBYG to assist with a restructuring or reorganization under Subchapter V of title 11 of the Bankruptcy Code (the "Chapter 11 Retention") and this retainer agreement will cover the Chapter 11 Retention and supersede Initial Retainer Agreement. It is our practice and to our mutual benefit to have a written understanding setting forth both the basis of the services we are expected to render on behalf of Client, and the basis for the payment of our fees, so that there may be no misunderstanding of the nature and scope of our employment and method of compensation. In addition, this letter is intended to ensure that Client has sufficient information to make an informed decision as to whether to consent to the terms and conditions set forth below.

This Chapter 11 Retention legal services agreement ("Agreement") is entered into by and between Client and LNBYG.

LNBY&G

Mr. John Ohle
June 19, 2024
Page 2

1.    **CONDITIONS.**  LNBYG will have no obligation to provide legal services, until Client returns a signed copy of this Agreement and pays the retainer required in paragraph 3, below.  The effective date of this Agreement shall be the date set forth above.

2.    **SCOPE AND DUTIES.**  LNBYG is to serve as counsel to Client in connection with Client's case (the "Case") under title 11 of the United States Code (the "Bankruptcy Code"). In particular, Client and LNBYG intend that the Case will be filed as a Subchapter V "small business" case under the Bankruptcy Code.  LNBYG shall render such ordinary and necessary legal services as may be required in connection with Client's rights and claims in the Case, provided such services are within the substantive expertise and staffing capability of LNBYG. Among the services to be provided in the Case are:  (1) advising Client with respect to matters pertaining to the administration of the Case and dealings with creditors; (2) preparation, with Client's assistance, of Schedules of Assets and Liabilities and a Statement of Affairs, together with such other reports and documents as may be required by the Office of the United States Trustee; (3) attendance, with Client, at the statutory meeting of creditors pursuant to Section 341(a) of the Bankruptcy Code; (4) preparation of such papers as may be necessary to implement strategic decisions pertaining to the Case made by Client; (5) representing Client in connection with any adversary proceedings commenced during the Case in the Bankruptcy Court; and (6) advising Client and participating in the preparation and confirmation of a plan of reorganization.  In the event Client proceeds with the Case, the services governed by this Agreement will terminate upon the earlier of (i) confirmation of a plan of reorganization in the Case; or (ii) dismissal or conversion of the Case.  Any services Client wishes to have LNBYG perform after such date shall be governed by a separate legal services agreement.

Because LNBYG's practice is limited exclusively to matters of bankruptcy, insolvency and business reorganization, LNBYG will not be required to render substantive legal advice beyond those areas, including, without limitation, corporate, tax, securities, tort, environmental, labor, criminal, international, or real estate law.  Moreover, LNBYG may require more legal staffing assistance than its manpower availability permits internally.  Therefore, it may be necessary for Client, subject to mutual agreement, to retain such additional counsel as may be necessary in order to assist LNBYG in connection with matters which LNBYG feels are beyond its substantive legal expertise and/or staffing capability.  In the event Client retains other counsel to assist with matters outside of LNBYG's expertise, LNBYG shall not be responsible for supervising, reviewing or approving the work performed by any other counsel retained by Client.

Finally, LNBYG is being employed by Client, and not any other parties such as any members, partnerships, corporations or their officers, directors, shareholders, employees and/or guarantors; such other parties should consult their own independent counsel.

3.    **RETAINER AND FEE PROCEDURES.**  Client shall pay to LNBYG one hundred thousand dollars ($100,000) as an initial retainer (the "Retainer") for professional services rendered and to be rendered by LNBYG to Client under this Agreement. LNBYG reserves the right to seek an additional retainer, subject to agreement with Client, if the matters for which



Mr. John Ohle
June 19, 2024
Page 3

LNBYG is being engaged pursuant to this Agreement involve more time and expense than presently estimated, if LNBYG is asked to accept additional responsibilities for Client, or if the facts and circumstances then relevant to this matter otherwise warrant such an increase.  In the event Client elects to proceed with the Case, in addition to the Retainer, Client shall pay to LNBYG the Chapter 11 filing fee of one thousand seven hundred seventeen dollars ($1,738).  Client will be obligated to LNBYG for fees and costs for periods from and after the commencement of LNBYG's engagement, but LNBYG will credit the Retainer against Client's obligations.  To the extent the Retainer is exhausted, Client remains fully obligated to LNBYG for all costs incurred and fees earned by LNBYG in connection with services performed on Client's behalf.  Any unused portion of the Retainer shall be returned to Client at the conclusion of LNBYG's services hereunder.

LNBYG is qualified to represent Client in connection with these matters, having represented numerous parties in similar situations.  LNBYG has analyzed the information that Client has provided LNBYG to date, and has determined that the Retainer is commensurate with the anticipated value of LNBYG's commitment to the representation of Client and Client's financial resources.  In connection with this analysis, LNBYG has evaluated, among other things, the complexity of the issues involved in the matters covered by this Agreement, the time and labor required to zealously represent Client throughout the pendency of LNBYG's engagement, and the preclusion of other employment by LNBYG due to the acceptance and undertaking of Client's matter.

If LNBYG is required or requested by Client to make use of third party service providers, including, without limitation, court reporters, appraisers, copy services, data management services or noticing agents, LNBYG shall advise such service providers that the services to be rendered shall be for Client's account and on Client's behalf, and that Client should be billed directly for such services.  Any invoices received by LNBYG from third party service providers shall immediately be forwarded to Client for payment, and Client agrees that such invoices shall be promptly paid.

4.    **STATEMENTS.**  LNBYG shall send to Client (via email to the attention of John Ohle) monthly statements reflecting the fees and costs incurred in connection with the services rendered on behalf of Client.  Statements will contain a concise, meaningful description of the services rendered; the name, rate and hours billed for each lawyer or other person whose rates compose the fee; and a list of disbursements and the charge. You shall have the opportunity to review all such fees and costs and, if following such review, you do not notify LNBYG of any questions or concerns regarding the fees and costs reflected on a particular monthly statement, you shall be deemed to have approved the fees and costs reflected on each such monthly statement. During the Case, LNBYG may choose to file applications for the allowance and payment of its fees and expenses, and Client understands that LNBYG is entitled to bill Client for the time and expenses incurred by LNBYG in connection with any such fee application(s).



Mr. John Ohle
June 19, 2024
Page 4

5. **HOURLY RATES.** Client hereby agrees to pay the fees and costs incurred by LNBYG on Client's behalf as computed in accordance with LNBYG's standard billing practices. LNBYG's fees will be calculated in part using its guideline hourly rates for attorneys and paraprofessionals which currently range from $300 to $725 per hour and are subject to change from time to time. It is anticipated that Eve H. Karasik will be primarily responsible for overseeing the handling of Client's matter. Ms. Karasik's current hourly billing rate is $725. Ms. Karasik will be assisted by John-Patrick M. Fitz and Robert M. Carrasco, whose current hourly billing rates are $695 and $495, respectively. All rates are subject to further change in the future, but LNBYG will give prior notice to Client of changes in billing rates. Costs chargeable to Client include, but are not limited to, 20 cents per page for in-house photocopying, $1 dollar per page for sending telecopies and 20 cents per page for receiving telecopies, LNBYG's actual out-of-pocket cost for use of on-line computerized legal research, messenger service and court reporters.

6. **CONFLICT OF INTEREST.** LNBYG's employment shall be limited to the representation of Client, as an entity separate and distinct from Client's principals, agents, employees, and others. LNBYG cannot represent or advise others in connection with the matters for which it is being retained. Therefore, such parties as Client's equity owners, or any partnerships, corporations, guarantors and affiliates related to Client, for example, should consider retaining separate counsel to represent and provide such advice as may be necessary or appropriate from time to time.

Client has been advised that LNBYG, because of the specialized nature of its practice, may from time to time concurrently represent one client in a particular case and the adversary of that client in an unrelated case. For example, it is possible that LNBYG may have represented one or more of the parties with whom you ordinarily do business in the past or at present in connection with other matters. We have not undertaken an extensive review of your business or financial affairs and thus we are not aware if this pertains. Please be assured that, despite such potential conflicting representation, LNBYG strictly preserves all Client's confidences and zealously pursues the interest of each client, including in those circumstances in which LNBYG represents the adversary of an existing client. Client specifically waives any objections to any such present concurrent representation.

7. **DISCHARGE AND WITHDRAWAL.** Client may discharge LNBYG at any time on written notice; however, Client's discharge of LNBYG shall not relieve Client of its obligation to pay any of the amounts owing to LNBYG as set forth in paragraphs 3, 4, and 5, above, for services rendered prior to such discharge. LNBYG may withdraw with Client's consent or for good cause. Good cause includes, but is not limited to, breach of this Agreement by Client, Client's refusal to cooperate with LNBYG or to follow LNBYG's advice on a material matter, or any other fact or circumstance that would render LNBYG's continuing representation unlawful, unethical or otherwise inconsistent with what LNBYG believes to be appropriate under the circumstances. In addition, during the term of LNBYG's employment by Client, Client shall be truthful with LNBYG, cooperate with LNBYG, and keep LNBYG informed of all developments affecting Client that are relevant to the matters for which LNBYG has been retained. Client shall



Mr. John Ohle
June 19, 2024
Page 5

provide LNBYG with all relevant financial, legal or other requested documentation, abide by this Agreement and keep LNBYG advised of Client's current address, telephone number and whereabouts.

8.  **INSURANCE COVERAGE.**   As required under California Business and Professions Code § 6148, Client is hereby advised that LNBYG maintains errors and omissions insurance coverage to the extent applicable to the services to be rendered as described herein.

9.  **DISCLAIMER OF WARRANTY.**   Nothing in this Agreement and nothing in LNBYG's statements to Client will be construed as a promise or warranty about the outcome of Client's matter.  LNBYG makes no such promise or warranty as to the results to be accomplished in any legal proceeding involving Client.  Client further acknowledges and agrees that no estimate of the fees and charges to be incurred on Client's behalf shall be binding, or in any way limiting, upon LNBYG, and Client understands and agrees that it shall be liable for all fees and costs incurred by LNBYG under this Agreement on Client's behalf.

10.  **DOCUMENT RETENTION POLICY.**   In the ordinary course of LNBYG's practice, LNBYG does not retain original documents, except as may be expressly required by the California *Code of Civil Procedure*, *Evidence Code* or other applicable laws.  Original documents which LNBYG is not required to retain, depending on case requirements, may be delivered, filed, recorded, or returned to Client.

In addition, LNBYG may obtain non-original documents which are received from third parties (e.g., opposing counsel, a court or other tribunal, witnesses) relating to the matters covered by this Agreement. LNBYG may scan such non-original documents electronically, then dispose of the paper copy.

Client is hereby advised that, at the conclusion of the services governed by this Agreement, Client shall be contacted in writing and asked for instructions with respect to the disposition or return of all files.  In the event that Client fails to respond to such inquiry within thirty (30) days following the date of the written notification, Client agrees that its files will become subject to LNBYG's standard document retention policy, which currently provides that any unclaimed files are destroyed after five (5) years without further notice to Client.  Electronic copies of Client's documents maintained in LNBYG's electronic files will be retained for one (1) year. Thereafter, any retained electronic copies of Client's documents are subject to removal or destruction, without further notice to Client.

Subject to this document/property retention policy, LNBYG will provide to Client, upon reasonable request, any retained originals or electronic copies of Client's documents, or Client's property, in accordance with California Rules of Professional Conduct, Rule 3-700.

11.  **ENTIRE AGREEMENT**.   This Agreement constitutes the complete agreement between LNBYG and Client concerning the terms of Client's employment of LNBYG, and



Mr. John Ohle
June 19, 2024
Page 6

supersedes all prior or contemporaneous statements, discussions and agreements between you and
LNBYG.

12.    **ARBITRATION**.  The parties hereto agree that any dispute relating to the fees
and/or costs charged by LNBYG under this Agreement shall be submitted to binding arbitration
before the Los Angeles County Bar Association pursuant to California Business and Professions
Code § 6200, et seq., or, should that organization decline to arbitrate the dispute, before the State
Bar of California pursuant to California Business and Professions Code § 6200, et seq.  Any other
dispute (other than with respect to the fees and/or costs charged by LNBYG under this Agreement)
between the parties hereto arising out of or relating to this Agreement or LNBYG's professional
services rendered to or for Client, shall be resolved by binding arbitration before the American
Arbitration Association in Los Angeles, California, in accordance with the Commercial Rules of
the American Arbitration Association prevailing at the time of the arbitration.

13.    **ATTORNEYS FEES AND PREVAILING LAW**.  If there is litigation or
arbitration to enforce this Agreement, the prevailing party will be entitled to attorneys' fees and
costs.  California law shall apply in connection with this Agreement.

LNBYG has advised you to obtain independent legal advice regarding this Agreement.  By
executing this Agreement, you hereby acknowledge that you have either obtained such
independent legal advice or knowingly waived the benefit of such independent legal advice.

[Remainder of this page intentionally left blank.]



Mr. John Ohle
June 19, 2024
Page 7

     If you are in agreement with the foregoing, please execute this Agreement in the space provided below and return it to me; if not, kindly contact us immediately.

            Very truly yours,

            **LEVENE, NEALE, BENDER, YOO & GOLUBC HIK L.L.P.**

            *Eve H. Karasik*

     By:_____
            EVE H. KARASIK,
            A Partner of the Firm

THE FOREGOING IS APPROVED AND AGREED TO:

**TONY'S EXPRESS, INC.**

By:_____
    John Ohle
    Its: President

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **Application Of Chapter 11 Debtor To Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P., As General Bankruptcy Counsel; Declaration Of Eve H. Karasik, Esq. In Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 27, 2024**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eve H. Karasik    ehk@lnbyg.com**
- **Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com**
- **Kelly L Morrison    kelly.l.morrison@usdoj.gov, dare.law@usdoj.gov,noreen.madoyan@usdoj.gov,david.s.shevitz@usdoj.gov**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**:  On **June 27, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed

Hon. Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☒☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **June 27, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 27, 2024 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

Tony's Express
UST, SUBV

Tony's Express, Inc.
Pomona, CA 91768-3251
Los Angeles, CA 90012-3332

Subchapter V Trustee
Gregory Kent Jones
10100 N. Santa Monica Bl, Ste 1400
Los Angeles, CA 90067

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3500

1  EVE H. KARASIK (SBN 155356)
   MONICA Y. KIM (SBN 180139)
2  YIHAN SHE (SBN 348334)
   LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
   Los Angeles, California 90034
4  Telephone:  (310) 229-1234
   Facsimile:  (310) 229-1244
5  Email: ehk@lnbyg.com; myk@lnbyg.com; yas@lnbyg.com

6  Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

7
                 UNITED STATES BANKRUPTCY COURT
8                 CENTRAL DISTRICT OF CALIFORNIA
                      LOS ANGELES DIVISION
9

10
    In re:                                  Case No.: 2:24-bk-14879-VZ
11
    TONY'S EXPRESS, Inc.,                    Chapter 11 Case
12
                                            Subchapter V
13

14                                          NOTICE OF APPLICATION OF CHAPTER
              Debtor and Debtor in Possession.   11 DEBTOR TO EMPLOY LEVENE, NEALE,
15                                          BENDER, YOO & GOLUBCHIK L.L.P. AS
                                            GENERAL BANKRUPTCY COUNSEL
16                                          PURSUANT TO 11 U.S.C. §§ 327(a), 330, AND
                                            331
17
                                            [No Hearing Required Unless Requested or Set
18                                          by Court – L.B.R. 2014-1(c) and 9013-1(o)]
19

20  TO ALL INTERESTED PARTIES:

21       PLEASE TAKE NOTICE that Tony's Express, Inc., the debtor and debtor in possession in the

22  above-referenced chapter 11 case (the "Debtor"), has filed its application (the "Application") for authority

23  to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as general bankruptcy counsel

24  pursuant to 11 U.S.C. § 327(a), with compensation determined pursuant to 11 U.S.C. §§ 330 and 331,

25  effective as of the Debtor's chapter 11 petition date of June 20, 2024.  A copy of the complete Application

26

27

28

is on file with the Court and may be obtained by submitting a written request to LNBYG, whose contact information is set forth in the upper left-hand corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Debtor seeks to employ LNBYG pursuant to § 327(a) as the Debtor's general bankruptcy counsel to represent the Debtor in carrying out its duties under title 11 and to render, among others, the following types of professional services:

      a.      advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor;

      b.      advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims, and interests of creditors;

      c.      representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel;

      d.      conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond LNBYG's staffing capabilities;

      e.      preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business;

      f.      representing the Debtor with regard to obtaining use of debtor-in-possession financing and/or cash collateral including but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor-in-possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor-in-possession financing and/or cash collateral;

      g.      assisting the Debtor in any asset sale process;

1    h.    assisting the Debtor in negotiation, formulation, preparation and confirmation of a

2    plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan;

3    and

4    i.    performing any other services which may be appropriate in LNBYG's representation

5    of the Debtor during its bankruptcy case.

6    **PLEASE TAKE FURTHER NOTICE** that LNBYG is comprised of attorneys who specialize in

7    and limit their practice to matters of bankruptcy, insolvency, reorganization and commercial litigation and

8    is well qualified to represent the Debtor.  Eve H. Karasik, Monica Y. Kim and Yihan Alex She of LNBYG

9    will be the primary attorney handling this matter. LNBYG will bill its time for its representation of the

10   Debtor on an hourly basis in accordance with LNBYG's standard hourly billing rates.

11   **PLEASE TAKE FURTHER NOTICE** that to the best of LNBYG's knowledge and based upon

12   the Declaration of Monica Y. Kim, LNBYG and all attorneys associated with LNBYG who expect to render

13   services in this matter are disinterested persons, do not hold or represent an interest adverse to the estate,

14   and do not have any connections with the Debtor, the creditors of the estate, any other party in interest in

15   this case, or each of their respective attorneys or accountants, the Office of the United States Trustee

16   ("UST"), or any person employed by the UST.

17   **PLEASE TAKE FURTHER NOTICE** that because LNBYG's practice is limited exclusively to

18   matters of bankruptcy, insolvency and reorganization law, the services provided by LNBYG do not include

19   the rendition of substantive legal advice outside of these areas such as corporate, tax, securities, tort,

20   environmental, labor, criminal, real estate law or real estate litigation.  LNBYG will not be required to

21   represent or advise the Debtor in matters which LNBYG believes are beyond LNBYG's expertise such as

22   the areas of law just described.  In addition, LNBYG will not be required to represent the Debtor in matters

23   where LNBYG determines that it lacks the ability to staff the matter adequately, such as in certain, major

24   complex litigation.

25   **PLEASE TAKE FURTHER NOTICE** that, during the one-year period prior to the Petition Date,

26

27

28

3

the Debtor[1] paid to LNBYG for legal services in contemplation of and in connection with the Debtor's Chapter 11 case, the sum of $120,000 (the "Retainer"), inclusive of the Debtor's Chapter 11 bankruptcy filing fee (i.e., $1,738).  LNBYG exhausted approximately $33,258.25 of the Retainer prior to the commencement of the case, leaving a Retainer amount of $86,741.75 as of the Petition Date.  Except as described above, LNBYG has not been paid any other money by the Debtor at any other time.

PLEASE TAKE FURTHER NOTICE that no compensation will be paid by the Debtor to LNBYG except upon application to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 2014-1(b)(3)(E) requires that any response and request for hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), be filed and served on the Debtor, LNBYG, and the UST not later than 14 days from the date of service of this Notice, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. Rule 5(b)(2)(D) or (F).

PLEASE TAKE FURTHER NOTICE that the failure to file a timely objection to the Application or request for a Bankruptcy Court hearing on the Application may be deemed by the Bankruptcy Court to constitute consent to Bankruptcy Court approval of the Application.

Dated: June 27, 2024          LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.


By:    /s/ Eve H. Karasik
EVE H. KARASIK
MONICA Y. KIM
YIHAN ALEX SHE
Proposed Counsel for Chapter 11 Debtor and Debtor in Possession

---

[1] The Retainer was paid from the Debtor's funds.

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **Notice Of Application Of Chapter 11 Debtor To Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. As General Bankruptcy Counsel Pursuant To 11 U.S.C. §§ 327(A), 330, And 331** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 27, 2024**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eve H. Karasik    ehk@lnbyg.com**
- **Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com**
- **Kelly L Morrison    kelly.l.morrison@usdoj.gov, dare.law@usdoj.gov,noreen.madoyan@usdoj.gov,david.s.shevitz@usdoj.gov**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**:  On **June 27, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

Hon. Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **June 27, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 27, 2024 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**

Tony's Express

Service List

Aloha Freight Forwarders
1800 S Anderson Avenue Compton,
CA 90220

BankDirect Capital Finance
150 North Field Drive
Suite 190
Lake Forest, IL 60045

Buzz Oates Management Services
555 Capitol Mall
Suite 900
Sacramento, CA 95814

Centerline Drivers, LLC
1600 E. Fourth St.
Suite 340
Santa Ana, CA 92701

Continental Tire
1830 MacMillan Park Drive
Fort Mill, SC 29707

Interstate Oil Company
8221 Alpine Avenue
Sacramento, CA 95826

NAI Capital
800 Haven Ave.
Suite 400
Simi Valley, CA 93065

National Interstate Insurance Co.
3250 Interstate Drive
Richfield, OH 44286

PacLease Kenworth
9730 Cherry Ave.
Fontana, CA 92335

Pape Truck Leasing, Inc.
355 Goodpasture Island Road Suite
300
Eugene, OR 97401

Royal Hawaiian Express
20400 S Alameda Street
Carson, CA 90810

SC Fuels
1800 W Katella Ave
Ste 400
Orange, CA 92867

Safeway Inc. c/o Transaver
5918 Stoneridge Mall Road
Pleasanton, CA 94588

SuperValu Transaver
11840 Valley View Rd
Eden Prairie, MN 55344-3643

SuperValue Stockton Transaver
1990 Piccoli Rd
Stockton, CA 95215-2324

TW Services, Inc.
1801 W Romneya Dr.
Ste 601
Anaheim, CA 92801

Van De Pol
8801 Sepulveda Blvd
North Hills, CA 91343

Vorbeck, Carlin & Shats, LLP
826 N. Hollywood Way
Burbank, CA 91505

Y Trucking
10613 Jasmine St
Fontana, CA 92337

York Employment Services 980
Ontario Mills Dr.
Ste C
Ontario, CA 91764

eCapital Freight Factoring Corp.
20807 Biscayne Blvd.
Suite 203
Miami FL 33180-0000

Tony's Express, Inc.
Pomona, CA 91768-3251
Los Angeles, CA 90012-3332

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3500

Subchapter V Trustee
Gregory Kent Jones
10100 N. Santa Monica Bl, Ste
1400 Los Angeles, CA 90067

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **Declaration That No Party Requested a Hearing** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>**July 15, 2024**</u>, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Eve H. Karasik    ehk@lnbyg.com**
- **Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com**
- **Kelly L Morrison    kelly.l.morrison@usdoj.gov,
  dare.law@usdoj.gov,noreen.madoyan@usdoj.gov,david.s.shevitz@usdoj.gov**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On <u>**July 15, 2024**</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed

Hon. Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>**July 15, 2024**</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 15, 2024 | Jason Klassi | /s/ Jason Klassi |
|---------------|--------------|------------------|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**